# MorrisonCohen LLP

Fred H. Perkins
Partner
(212) 735-8647
fhperkins@morrisoncohen.com

## MEMO ENDORSED

August 24, 2023

**VIA ECF**
Hon. Edgardo Ramos
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

> The telephonic status conference is adjourned to October 25, 2023 at 11 a.m. The parties are reminded to call (877) 411-9748 and enter access code 3029857#.
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: 8/25/2023
> New York, New York

Re: Dumbo Moving & Storage, Inc. v. Piece of Cake Moving & Storage LLC et al, 1:22-cv-05138 (ER)

Dear Judge Ramos:

    This firm is counsel to Defendants Piece of Cake Moving & Storage LLC, Simply Moving LLC, Simply Moving & Storage LLC, and Vojin Popovic in the above-referenced action. We write to request an adjournment of the recently scheduled telephonic status conference. The current date for the telephonic status conference is October 6, 2023 at 3:30 P.M. The new proposed date for the telephonic status conference is October 24, 25, or 26, 2023 or such later date that is convenient for the Court and the parties. This is the first request for an adjournment of this status conference. All counsel consent to this request. This adjournment request is necessitated by the fact that the undersigned counsel will be out of the country on the scheduled date of the status conference and the above proposed dates are the first available dates convenient to all counsel following my return. The adjournment of this status conference does not affect any other scheduled date.

    Thank you.

Respectfully submitted,

*Fred H. Perkins*

Fred H. Perkins

FHP:gg

cc: All counsel (via ECF)