# MEMO ENDORSED

**ACKnowledge IP P.C.**
Intellectual Property Law & Consulting

ACKnowledge IP P.C.
6800 Jericho Tpke
Suite 120W
Syosset, NY  11791
631.970.7060
ACKnowledgeIP.com

November 29, 2023

Paul D. Ackerman
+1.516.376.4046 (Mobile)
paul@acknowledgeIP.com

**VIA ECF**

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> The request is granted. The parties shall submit the proposed protective order by December 8, 2023. SO ORDERED.
>
> /s/ Edgardo Ramos
> Edgardo Ramos, U.S.D.J.
> Dated: December 1, 2023
> New York, New York

Re: **Dumbo Moving & Storage, Inc. v. Piece of Cake Moving & Storage LLC et al., Case No. 22-CV-05138 (ER)**

Dear Judge Ramos:

The Discovery Plan and Scheduling Order (ECF No. 80) "Scheduling Order" in the above-captioned action requires the parties to jointly submit a proposed protective order and ESI discovery protocol to the Court on November 20, 2023, which was extended by the Court to November 29, 2023.

The parties are filing today a stipulated ESI protocol for the Court's approval.

With respect to the protective order, the parties are continuing to confer on specific provisions regarding the protection of source code and request that the deadline to submit the protective order for the Court's consideration be extended to December 8, 2023. This will allow the parties to either reach agreement or narrow the disputed issues for the Court's determination. This is the second request to extend this deadline.

Thank you for the Court's consideration in this matter.

Respectfully submitted,

/Paul D. Ackerman/

Paul D. Ackerman

cc: All counsel   (via ECF)

1