UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DUMBO MOVING & STORAGE, INC.,

                Plaintiff,

– *against* –

PIECE OF CAKE MOVING & STORAGE LLC,
SIMPLY MOVING LLC, SIMPLY MOVING &
STORAGE LLC, VOJIN POPOVIC, STEFAN
MARCALI, and VOLODYMYR PLOKHYKH,

                Defendants.

**ORDER**

22 Civ. 05138 (ER)

RAMOS, D.J.:

    Dumbo has requested that Doc. 121-3 be deemed confidential and treated as filed under seal. Doc. 122. Dumbo states that the exhibit includes confidential information under the terms of the protective order. *Id.* Defendants do not oppose the request. Doc. 123.

    Defendants may refile the exhibit under seal, following the procedure set out in section 3 of the undersigned's individual practices.

    The Clerk of Court is respectfully directed to modify the viewing level for Doc. 121-3 to the selected party viewing level. The Clerk of Court is also respectfully directed to terminate the motion, Doc. 122.

It is SO ORDERED.

Dated:    July 8, 2024
            New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.