# EXHIBIT E

**REDACTED**

## Dumbo v. Piece of Cake et al, No. 22-CV-05138

**Trade Secret Description Comparison -- Plaintiff's Second Amended Complaint (ECF 66) vs. Plaintiff's Responses to Defendants' Second Set of Interrogatories (Perkins Dec., Ex. C, Sched. A) vs. Plaintiff's Amended Responses to Defendants' Second Set of Interrogatories (Perkins Dec., Ex. D, Sched. A)**

|  | **Plaintiff's Second Amended Complaint[1]** (ECF 66, ¶ 32-a-i) | **Plaintiff's Responses to Defendants' Second Set of Interrogatories[2]** (Perkins Dec., Ex. C, Sched. A at p. 2-20) | **First Amended Responses to Defendants' Second Set of Interrogatories[3]** (Perkins Dec., Ex. D, Sched. A at p. 2-20) |
|---|---|---|---|
| a. | Communication tools that enable Dumbo to communicate with both customers and employees using Dumbo's website, obviating the need for paper printouts that were previously provided to employees and customers; (ECF 66, ¶ 32-a) | [REDACTED] | [REDACTED] |

---

[1] Highlights in this column denote text which does not appear in Plaintiff's Responses to Defendants' Second Set of Interrogatories.

[2] Highlights in this column denote revisions from Plaintiff's Second Amended Complaint compared to Plaintiff's Responses to Defendants' Second Set of Interrogatories.

[3] Highlights in this column denote revisions from Plaintiff's Responses to Defendants' Second Set of Interrogatories to Plaintiff's First Amended Responses to Defendants' Second Set of Interrogatories.



| | | | |
|---|---|---|---|
| **b.** | Integrated scheduling, dispatch, and crew assignment tools, including advanced graphical user interface with status boards; (ECF 66, ¶ 32-b) | ███ | ███ |

#13243231v1\028447\0003



| | | | |
|---|---|---|---|
| | c. Lead aggregation tools which group leads by specified parameters and filters; (ECF 66, ¶ 32-c) | ███ | ███ |
| | d. Digital bills of lading available for all shipments and deliveries, eliminating reliance on paper originals and copies; (ECF 66, ¶ 32-d) | ███ | ███ |

#13243231v1\028447\0003

| | | | |
|---|---|---|---|
| | | ██████ | ██████ |
| e. | Customer Relationship Management (CRM) features that provide Dumbo the ability to follow up with customers, keep them up to date on special offers and increase lead generation by creating an automated list of customers and potential customers based on user interaction with the website; (ECF 66, ¶ 32-e) | ██████ | ██████ |
| f. | Seamless integration of data related to storage and moving services; (ECF 66, ¶ 32-f) | ██████ | ██████ |
| g. | Data aggregation features, including the ability of Dumbo ==and its customers== to track the status of any move in ==real time using an easy-to-follow== map and graphical interface; (ECF 66, ¶ 32-g) | ██████ | ██████ |
| h. | An easy and seamless online payment system that enables customers to make | | |

#13243231v1\028447\0003

| | | |
|---|---|---|
| | payments online, with Dumbo employees receiving real time notice of the clearance of customer payments; (ECF 66, ¶ 32-h) |  |
| i. | Integrated and automated compensation calculation and payment processing for contractors and commissioned employees. (ECF 66, ¶ 32-i) | |
| j. | | |
| k. | | |
| l. | | |

5

#13243231v1\028447\0003



#13243231v1\028447\0003