UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DUMBO MOVING & STORAGE, INC.,

                Plaintiff,

v.

PIECE OF CAKE MOVING & STORAGE LLC, SIMPLY MOVING LLC, SIMPLY MOVING & STORAGE LLC, VOJIN POPOVIC, STEFAN MARCALI and VOLODYMYR PLOKHYKH,

                Defendants.

Case No. 22-CV-05138 (ER)

## STIPULATED PROPOSED REVISED DISCOVERY SCHEDULE AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between counsel for all parties that the discovery schedule shall be amended as follows:

| Task | Current Deadline | Proposed Deadline |
|---|---|---|
| Exchange of source code and operational software | | February 14, 2025 |
| Interim Status Conference re Source code/software discovery etc. | | March 19, 2025 |
| Last day to Serve Further Interrogatories | July 15, 2024 | July 1, 2025 |
| Last day to Serve Requests to Admit | July 15, 2024 | July 1, 2025 |
| Non-Expert Depositions | July 31, 2024 | August 26, 2025 |
| Expert Reports | August 30, 2024 | September 30, 2025 |
| Rebuttal Reports | October 31, 2024 | November 25, 2025 |
| Expert Depositions | November 27, 2024 | December 23, 2025 |
| All Discovery Completed | November 27, 2024 | December 23, 2025 |
| Case Management Conference | T/B/D after November 27, 2024 | T/B/D after December 23, 2025 |

DATED: January 28, 2025

Attorneys for Plaintiff, Dumbo Moving & Storage, Inc.

By: /s/ Stephen E. Turman
Stephen E. Turman
Turman Legal Solutions
626 RXR Plaza, 6th Floor
Uniondale, New York 11556
(516) 266-6101
sturman@turmanlegal.com

    -and-

Paul Ackerman, Esq.
ACKNOWLEDGE IP P.C.
6800 Jericho Turnpike
Suite 120W
Syosset, NY 11791
(631) 970-7060
paul@acknowledgeip.com

Attorneys for Defendants, Piece of Cake Moving & Storage LLC, Simply Moving LLC, Simply Moving & Storage LLC, Vojin Popovic, and Stefan Marcali

By: /s/ Fred H. Perkins
Fred H. Perkins
MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022
212-736-8600
fhperkins@morrisoncohen.com

Attorneys for Defendant Volodymyr Plokhykh

By: /s/ Oleg A. Mestechkin
Oleg A. Mestechkin
Wing K. Chiu, Esq.
MESTECHKIN LAW GROUP P.C.
1733 Sheepshead Bay Road, Suite 29
Brooklyn, NY 11235
Tel. (212) 256-1113
Fax. (646) 365-2069
om@lawmlg.com
wkc@lawmlg.com


IT IS SO ORDERED.

DATED: 01/29/2025

_____
Hon. Edgardo Ramos
United States District Judge

2

#13543323v1\028447\0003