UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DUMBO MOVING & STORAGE, INC., | Case No. 22-CV-05138 (ER) |
| Plaintiff, | |
| v. | |
| PIECE OF CAKE MOVING & STORAGE LLC, SIMPLY MOVING LLC, SIMPLY MOVING & STORAGE LLC, VOJIN POPOVIC, STEFAN MARCALI and VOLODYMYR PLOKHYKH, | |
| Defendants. | |

### ORDER TO SHOW CAUSE FOR WITHDRAWAL OF COUNSEL

Upon the Declaration of Stephen E. Turman, Esq., dated February 4, 2025, of Turman Legal Solutions PLLC, counsel for the Plaintiff Dumbo Moving & Storage Inc. ("Dumbo"), and the accompanying Memorandum of Law, dated February 4, 2025, and upon all prior proceedings herein, it is hereby:

ORDERED, that the Plaintiff, Dumbo Moving & Storage, Inc., show cause before this Court, the United States District Court for the Southern District of New York, Courtroom 619, 40 Foley Square, New York, NY 10007, on February 26, 2025 at 2:00 p.m., or as soon thereafter as counsel may be heard, why an Order should not be entered:

1. Granting the motion of Stephen E. Turman, Esq., of Turman Legal Solutions PLLC, and Paul D. Ackerman, Esq., of ACKnowledgeIP P.C., to withdraw as counsel for Plaintiff, Dumbo Moving & Storage, Inc. ("Dumbo"), in this matter;

2. Staying all proceedings in this case pending the Court's determination of this motion;

3. Granting Plaintiff, Dumbo Moving & Storage, Inc., a period of thirty (30) days from the date of the Court's decision on this motion to appear with new counsel. Dumbo Moving & Storage, Inc. is advised that, as a corporation, it cannot proceed pro se in this litigation. Dumbo must retain new counsel within thirty (30) days of the Court's order granting this motion. If no new counsel appears within this period, the Court may, in its discretion, take appropriate action, including striking Plaintiff's pleadings or dismissing the case;

IT IS FURTHER ORDERED that services of this Order shall be made upon the Defendants by ECF;

IT IS FURTHER ORDERED that, this Court having granted Plaintiff's counsel leave to file this Motion *ex parte*, the supporting documents shall be filed as sealed and that this Order, along with the supporting declaration and all supporting motion papers be served upon Plaintiff, Dumbo Moving & Storage, Inc., by both email to Lior Rachmany at liorrachmany@gmail.com and by overnight mail to Plaintiff's last known address, with such service to be completed on or before February 11, 2025, with such service being deemed good and valid service;

IT IS FURTHER ORDERED that opposing papers, if any, shall be served by Dumbo upon counsel on or before February 14, 2025, and any reply papers shall be served on or before February 21, 2025; and

IT IS FURTHER ORDERED that pending the determination of this motion, the case shall be stayed and no further proceedings shall take place except as directed by this Court.

Dated: February 7, 2025
       New York, New York

_____
Hon. Edgardo Ramos, U.S. District Judge