

**Stephen E. Turman**
Member
NY & NJ Bars
Email: sturman@turmanlegal.com

February 25, 2025

**VIA ECF**

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

     Re: **Dumbo Moving & Storage, Inc. v. Piece of Cake Moving & Storage LLC et al.**
       Case No. 22-CV-05138 (ER)

Dear Judge Ramos:

  This Firm, along with co-counsel, represents Plaintiff, Dumbo Moving & Storage, Inc. ("Dumbo"), in the above-referenced matter. I write to respectfully request that the Court waive the requirement for an in-person appearance in connection with the unopposed Motion to Withdraw as Counsel, currently scheduled for February 26, 2025, at 2:00 p.m.

  The motion is unopposed, and no party has submitted opposition papers. In light of this, I respectfully request that the Court either (i) grant the motion on submission or (ii) permit my appearance to be conducted remotely by telephone or video conference, should the Court require additional discussion before ruling.

  I appreciate the Court's consideration of this request. Please let me know if further information is needed.

           Respectfully submitted,

           *Stephen Turman*

           Stephen E. Turman

cc: All counsel of record (via ECF)
   Dumbo Moving & Storage, Inc. (via email)

626 RXR Plaza, 6th Floor, Uniondale, NY, 11556 | Main: +1.516.266.6101 | Fax: +1.516.260.6446
www.turmanlegalsolutions.com