UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DUMBO MOVING & STORAGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> PIECE OF CAKE MOVING & STORAGE LLC, SIMPLY MOVING LLC, SIMPLY MOVING & STORAGE LLC, VOJIN POPOVIC, STEFAN MARCALI and VOLODYMYR PLOKHYKH, <br><br> Defendants. | Case No. 22-CV-05138 (ER) |

## STIPULATED PROPOSED REVISED DISCOVERY SCHEDULE AND ORDER

WHEREAS Plaintiff retained new counsel who filed an appearance on April 28, 2025, which filing lifted the stay of all proceedings pending Plaintiff obtaining new counsel;

WHEREAS counsel for the parties having met and conferred on May 2, 2025 to discuss and agree upon a revised schedule;

IT IS HEREBY STIPULATED AND AGREED by and between counsel for all parties that the discovery schedule shall be amended as follows:

| Task | Current Deadline | Proposed Deadline |
|---|---|---|
| Exchange of source code and operational software | February 14, 2025 | May 30, 2025 |
| Production of documents in response to previously served document requests and subpoena to Hebronsoft | n/a | May 30, 2025 |
| Interim Status Conference re Source code/software discovery etc. (as needed) | March 19, 2025 | July 16, 2025 |
| Last day to Serve Further Interrogatories and Document Requests | July 1, 2025 | October 1, 2025 |
| Last day to Serve Requests to Admit | July 1, 2025 | October 1, 2025 |
| Last day to complete Non-Expert Depositions and All Fact Discovery | August 26, 2025 | December 12, 2025 |

1

| Expert Reports | September 30, 2025 | January 16, 2026 |
| --- | --- | --- |
| Rebuttal Reports | November 25, 2025 | March 13, 2026 |
| Last to complete Expert Depositions | December 23, 2025 | April 17, 2026 |
| All Discovery Completed | December 23, 2025 | April 17, 2026 |
| Case Management Conference | T/B/D after December 23, 2025 | T/B/D after April 17, 2026 |

DATED: May 5, 2025

Attorneys for Plaintiff Dumbo Moving & Storage, Inc.

By: _____
Avram E. Frisch
THE LAW OFFICE OF AVRAM E. FRISCH LLC
One University Plaza Suite 119
Hackensack, New Jersey 07601
201-289-5352
Frischa@avifrischlaw.com

Attorneys for Defendants, Piece of Cake Moving & Storage LLC, Simply Moving LLC, Simply Moving & Storage LLC, Vojin Popovic, and Stefan Marcali

By: _____
Fred H. Perkins
MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022
212-736-8600
fhperkins@morrisoncohen.com

Attorneys for Defendant Volodymyr Plokhykh

By: _____
Oleg A. Mestechkin
Wing K. Chiu
MESTECHKIN LAW GROUP P.C.
1733 Sheepshead Bay Road, Suite 29
Brooklyn, NY 11235
Tel. (212) 256-1113
Fax. (646) 365-2069
om@lawmlg.com
wkc@lawmlg.com


IT IS SO ORDERED.

DATED: _____

_____
Hon. Edgardo Ramos
United States District Judge

| Expert Reports | September 30, 2025 | January 16, 2026 |
| --- | --- | --- |
| Rebuttal Reports | November 25, 2025 | March 13, 2026 |
| Last to complete Expert Depositions | December 23, 2025 | April 17, 2026 |
| All Discovery Completed | December 23, 2025 | April 17, 2026 |
| Case Management Conference | T/B/D after December 23, 2025 | T/B/D after April 17, 2026 |

DATED: May 5, 2025

Attorneys for Plaintiff Dumbo Moving & Storage, Inc.

By: _____
Avram E. Frisch
THE LAW OFFICE OF AVRAM E. FRISCH LLC
One University Plaza Suite 119
Hackensack, New Jersey 07601
201-289-5352
Frischa@avifrischlaw.com

Attorneys for Defendants, Piece of Cake Moving & Storage LLC, Simply Moving LLC, Simply Moving & Storage LLC, Vojin Popovic, and Stefan Marcali

By: _____
Fred H. Perkins
MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022
212-736-8600
fhperkins@morrisoncohen.com

Attorneys for Defendant Volodymyr Plokhykh

By: _____
Oleg A. Mestechkin
Wing K. Chiu
MESTECHKIN LAW GROUP P.C.
1733 Sheepshead Bay Road, Suite 29
Brooklyn, NY 11235
Tel. (212) 256-1113
Fax. (646) 365-2069
om@lawmlg.com
wkc@lawmlg.com

IT IS SO ORDERED.

DATED: _____

_____
Hon. Edgardo Ramos
United States District Judge