UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DUMBO MOVING & STORAGE INC,

      Plaintiff,

-against-

PIECE OF CAKE MOVING & STORAGE LLC, SIMPLY MOVING LLC, SIMPLY MOVING & STORAGE LLC, VOJIN POPOVIC, STEFAN MARCALI and VOLODYMYR PLOKHYKH,

      Defendant.

No. 22-CV-05138 (ER)

---

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, **Tsetsenchimeg Baigalmaa**, of **Mestechkin Law Group P.C.**, being duly admitted to practice in the United States District Court for the Southern District of New York, hereby enters a notice of appearance on behalf of Defendant VOLODYMYR PLOKHYKH, and demands that all papers shall be served at the address set forth below.

Dated: Brooklyn, New York
       July 9, 2025

Respectfully submitted,

*/s/ Tsetsenchimeg Baigalmaa*
Tsetsenchimeg Baigalmaa, Esq. (TB1729)
Oleg A. Mestechkin, Esq. (OM4108)
Wing K. Chiu, Esq. (WC5637)
**MESTECHKIN LAW GROUP P.C.**
2218 Ocean Avenue, Brooklyn, NY 11229
Tel. (212) 256-1113
Fax. (646) 365-2069
om@lawmlg.com
wkc@lawmlg.com
tb@lawmlg.com

*Attorneys for Defendant Volodymyr Plokhykh*

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2025, I served the foregoing document via electronic filing with the Clerk of the Court using the CM/ECF filing system.

Dated:  Brooklyn, New York  
        July 9, 2025

Respectfully submitted,

*/s/ Tsetsenchimeg Baigalmaa*  
Tsetsenchimeg Baigalmaa, Esq. (TB1729)  
Oleg A. Mestechkin, Esq. (OM4108)  
Wing K. Chiu, Esq. (WC5637)  
**MESTECHKIN LAW GROUP P.C.**  
2218 Ocean Avenue, Brooklyn, NY 11229  
Tel. (212) 256-1113  
Fax. (646) 365-2069  
om@lawmlg.com  
wkc@lawmlg.com  
tb@lawmlg.com

*Attorneys for Defendant Volodymyr Plokhykh*