UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DUMBO MOVING & STORAGE INC.,

                         Plaintiff,

        vs.

PIECE OF CAKE MOVING & STORAGE LLC,
SIMPLY MOVING LLC, SIMPLY MOVING &
STORAGE LLC, VOJIN POPOVIC,
STEFAN MARCALI and VOLODYMR PLOKHYKH,

                    Defendants.

Case No. 22-CV-05138 (ER)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendants

Piece of Cake Moving & Storage LLC, Simply Moving LLC, Simply Moving & Storage LLC,

Vojin Popovic, and Stefan Marcali in the above-captioned action and respectfully demands that

all electronically filed documents in this action be transmitted by e-mail to the address below.

Dated: New York, New York
       July 15, 2025

MORRISON COHEN LLP

By:  /s/ *Tess Bonoli*
     Tess Bonoli
     909 Third Avenue
     New York, New York 10022
     (212) 735-8600
     Email: tbonoli@morrisoncohen.com
     *Attorneys for Defendants Piece of Cake Moving & Storage LLC, Simply Moving LLC, Simply Moving & Storage LLC, Vojin Popovic and Stefan Marcali*