

July 23, 2025

Edgardo Ramos, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square NY, Courtroom 619
New York, NY, 10007

**<u>Via Electronic Filing</u>**

      Re:    Dumbo Moving v. Piece of Cake Moving et al. 1:22-cv-05138-ER

Dear Judge Ramos:

    As you are aware, this firm represents Dumbo Moving & Storage, Inc., plaintiff in the above entitled action. I write to follow up on the discussion of Plaintiff's document production at this morning's conference. I have discussed the document production with my vendor, and we expect the complete production to be made available to Defendants by Friday, August 1, 2025. As it is a large production, it will be made in several rolling productions over the next week and a half.

                                        Very truly yours,

                                        Avram E. Frisch

Cc: Opposing Counsel


