# Exhibit A

| | |
|---|---|
| **From:** | Avram Frisch <frischa@avifrischlaw.com> |
| **Sent:** | Monday, July 21, 2025 11:03 AM |
| **To:** | Perkins, Fred |
| **Cc:** | Wing K. Chiu (wkc@lawmlg.com); Tsetsenchimeg (Elle) Baigalmaa |
| **Subject:** | Re: Operational Code |

**CAUTION:** External sender. Verify before continuing.

It will not be confidential. It is one login.

Avi Frisch
The Law Office of Avram E. Frisch LLC
201-289-5352

---

**From:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Sent:** Monday, July 21, 2025 11:02:26 AM
**To:** Avram Frisch <frischa@avifrischlaw.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Tsetsenchimeg (Elle) Baigalmaa <tb@lawmlg.com>
**Subject:** RE: Operational Code

Avi,

Good to hear that you now understand Dumbo is willing to provide access to its CRM software with test data as previously discussed and agreed. Obviously, understanding that sooner would have avoided much back and forth emails on this issue. However, you have still not answered the following questions I have asked repeatedly regarding the access:

> While you have indicated that my experts can save any data they enter and their log-ins will work for 12 hours, will such saved version be maintained confidentially so that neither Dumbo nor any other person can review the experts' work product?

Please advise.

Regards,

Fred



**Fred H. Perkins**

Partner & Co-Chair, Technology, Data & IP

**D** 212.735.8647
fhperkins@morrisoncohen.com

vCard | Bio | LinkedIn

Morrison Cohen LLP
909 Third Avenue, 27th Floor, New York, NY 10022-4784

1

212.735.8600 | morrisoncohen.com

**From:** Avram Frisch <frischa@avifrischlaw.com>
**Sent:** Monday, July 21, 2025 10:47 AM
**To:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Tsetsenchimeg (Elle) Baigalmaa <tb@lawmlg.com>
**Subject:** Re: Operational Code

**CAUTION:** External sender. Verify before continuing.

Fred,

There is test data. I just did not know what I was looking at. It is basically old stale data from a subsidiary that no longer operates. You should be able to save data and the logins will work for 12 hours once approved by Dumbo from their end.  As to the timing, they needed to ensure they had a database that was available and they needed to ensure they had a secure login without additional access beyond the .  Originally, they had hoped Hebronsoft was going to create something, but they did not have that capability, which was the delay. I apologize for my errors, but I was now given an overview of how the software functions by my client.  The database was pre-existing though.

I believe we are ready to exchange the logins.

_____



Avram E. Frisch, Esq.
Frischa@avifrischlaw.com
1 University Plaza, Suite 119 Hackensack, NJ 07601
201-289-5352
Fax: 866-883-9690

**From:** Avram Frisch <frischa@avifrischlaw.com>
**Sent:** Friday, July 18, 2025 1:27 PM
**To:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Tsetsenchimeg (Elle) Baigalmaa <tb@lawmlg.com>
**Subject:** Re: Operational Code

I thought my answer was let's log in and find out.

_____

**THE LAW OFFICE OF AVRAM E. FRISCH LLC**

Avram E. Frisch, Esq.
Frischa@avifrischlaw.com
1 University Plaza, Suite 119 Hackensack, NJ 07601
201-289-5352
Fax: 866-883-9690

---

**From:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Sent:** Friday, July 18, 2025 1:25 PM
**To:** Avram Frisch <frischa@avifrischlaw.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Tsetsenchimeg (Elle) Baigalmaa <tb@lawmlg.com>
**Subject:** RE: Operational Code

You have still not answered all of the questions I previously posed. Please answer so we can evaluate how to proceed.

**Fred H. Perkins**

Partner & Co-Chair, Technology, Data & IP

**D** 212.735.8647
fhperkins@morrisoncohen.com

vCard | Bio | LinkedIn

Morrison Cohen LLP
909 Third Avenue, 27th Floor, New York, NY 10022-4784
212.735.8600 | morrisoncohen.com

---

**From:** Avram Frisch <frischa@avifrischlaw.com>
**Sent:** Friday, July 18, 2025 1:13 PM
**To:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Tsetsenchimeg (Elle) Baigalmaa <tb@lawmlg.com>
**Subject:** RE: Operational Code

**CAUTION:** External sender. Verify before continuing.

---

Are we ready to exchange access here?

_____



Avram E. Frisch, Esq.
Frischa@avifrischlaw.com

1 University Plaza, Suite 119 Hackensack, NJ 07601
201-289-5352
Fax: 866-883-9690

**From:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Sent:** Wednesday, July 16, 2025 9:13 AM
**To:** Avram Frisch <frischa@avifrischlaw.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Tsetsenchimeg (Elle) Baigalmaa <tb@lawmlg.com>
**Subject:** RE: Operational Code

Can you please answer **all** of the other questions I posed yesterday regarding, among other things, access to and saving data in the version you provide access to (all on a confidential basis) and what version(s) of the software your expert previously accessed to capture the screen shots in his declaration and for your amended interrogatory responses.

**Fred H. Perkins**

Partner & Co-Chair, Technology, Data & IP

**D** 212.735.8647
fhperkins@morrisoncohen.com

vCard | Bio | LinkedIn

Morrison Cohen LLP
909 Third Avenue, 27th Floor, New York, NY 10022-4784
212.735.8600 | morrisoncohen.com

**From:** Avram Frisch <frischa@avifrischlaw.com>
**Sent:** Wednesday, July 16, 2025 8:47 AM
**To:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Tsetsenchimeg (Elle) Baigalmaa <tb@lawmlg.com>
**Subject:** Re: Operational Code

**CAUTION:** External sender. Verify before continuing.

They can log in any weekday at around noon. As long as they stay logged in it will work. Otherwise you're expert can make an operational version of the code we have you, which is up to you.

Avi Frisch
The Law Office of Avram E. Frisch LLC
201-289-5352

**From:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Sent:** Tuesday, July 15, 2025 9:05:35 PM
**To:** Avram Frisch <frischa@avifrischlaw.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Tsetsenchimeg (Elle) Baigalmaa <tb@lawmlg.com>
**Subject:** RE: Operational Code

I'm not going to address all of your email now, but please answer my question as to what version of Dumbo's software did Dumbo's expert have access to when he created screen shots for use in Dumbo's interrogatory response and for his declaration to the court? It clearly had data in it.

**Fred H. Perkins**

Partner & Co-Chair, Technology, Data & IP

D 212.735.8647
fhperkins@morrisoncohen.com

vCard | Bio | LinkedIn

Morrison Cohen LLP
909 Third Avenue, 27th Floor, New York, NY 10022-4784
212.735.8600 | morrisoncohen.com

---

**From:** Avram Frisch <frischa@avifrischlaw.com>
**Sent:** Tuesday, July 15, 2025 8:55 PM
**To:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Tsetsenchimeg (Elle) Baigalmaa <tb@lawmlg.com>
**Subject:** Re: Operational Code

**CAUTION:** External sender. Verify before continuing.

---

Once logged in they can stay in as long as they want. The timing is what it is. I assume the data will remain but will ask. My expert hasn't looked at it yet. Why not exchange the logins and begin exploring. I never promised any specific test data. I believe you are imagining that. I said you wouldn't have access to live data. As the data can be edited, you will be able to make whatever data you want. I have no idea what this is supposed to show you anyway

Avi Frisch
The Law Office of Avram E. Frisch LLC
201-289-5352

---

**From:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Sent:** Tuesday, July 15, 2025 8:50:56 PM
**To:** Avram Frisch <frischa@avifrischlaw.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Tsetsenchimeg (Elle) Baigalmaa <tb@lawmlg.com>
**Subject:** RE: Operational Code

Avi,

Frankly, we have concerns about the operational software access and the lack of test data. To better understand your proposal, I have a few questions:

1. If the operational software has no test data, can you explain why it took so long to make it available?
2. Assuming our experts will need to create test data for Dumbo's system, do we know how it will be stored and whether it will persist between their review sessions? Will Dumbo be maintaining that version, or would the experts need to manage backups or re-enter data? If Dumbo maintains the version, is there any way for such version to be maintained confidentially so Dumbo (or its counsel or expert) cannot access it and see what our experts are doing?

5

3. Are there limits on the number of sessions or total hours we can schedule?  If access was started before 5pm ET, can it continue past that time?  If not and experts' access is  cut off due to the time window (or for any other reason), would they be able to resume precisely where we left off afterwards?
4. Has Dumbo's expert obtained access to same system without test data?  Or has Dumbo's expert accessed actual software with live data?

To be clear, none of these questions would be necessary if operational software with test data was provided as previously discussed.  Please advise as soon as you can.

Regards,

Fred

**Fred H. Perkins**

Partner & Co-Chair, Technology, Data & IP

D 212.735.8647
fhperkins@morrisoncohen.com

vCard  |  Bio  |  LinkedIn

Morrison Cohen LLP
909 Third Avenue, 27th Floor, New York, NY 10022-4784
212.735.8600  |  morrisoncohen.com

---

**From:** Avram Frisch <frischa@avifrischlaw.com>
**Sent:** Tuesday, July 15, 2025 4:02 PM
**To:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Tsetsenchimeg (Elle) Baigalmaa <tb@lawmlg.com>
**Subject:** Re: Operational Code

**CAUTION:** External sender. Verify before continuing.

---

That is my understanding.

Avi Frisch
The Law Office of Avram E. Frisch LLC
201-289-5352

---

**From:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Sent:** Tuesday, July 15, 2025 4:01:05 PM
**To:** Avram Frisch <frischa@avifrischlaw.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Tsetsenchimeg (Elle) Baigalmaa <tb@lawmlg.com>
**Subject:** RE: Operational Code

Avi,

Is it your understanding that Dumbo cannot possibly modify the feature that apparently requires every log in to Dumbo's operational software (with little or no test data) by defense counsel or defense experts needs be scheduled in advance with Dumbo – presumably through you and then with Dumbo?  And that such log-ins can only occur during Dumbo's regular business hours (presumably 9 to 5 ET)?  Please advise.

Regards,

Fred

**Fred H. Perkins**

Partner & Co-Chair, Technology, Data & IP

**D** 212.735.8647
fhperkins@morrisoncohen.com

vCard | Bio | LinkedIn

Morrison Cohen LLP
909 Third Avenue, 27th Floor, New York, NY 10022-4784
212.735.8600 | morrisoncohen.com

---

**From:** Avram Frisch <frischa@avifrischlaw.com>
**Sent:** Tuesday, July 15, 2025 11:50 AM
**To:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>
**Subject:** Operational Code

**CAUTION:** External sender. Verify before continuing.

---

Apparently, every log in has to be approved by someone in Dumbo's office. So they will need to schedule time to log in in advance.

Avi

_____



Avram E. Frisch, Esq.
Frischa@avifrischlaw.com
1 University Plaza, Suite 119 Hackensack, NJ 07601
201-289-5352
Fax: 866-883-9690

---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com