# Exhibit C

| | |
|---|---|
| **From:** | Perkins, Fred |
| **Sent:** | Tuesday, July 22, 2025 12:33 PM |
| **To:** | Avram Frisch |
| **Cc:** | Wing K. Chiu (wkc@lawmlg.com); Tsetsenchimeg (Elle) Baigalmaa |
| **Subject:** | RE: operational code access exchanged |

Avi,

After you have conferred with your client and expert, please get back to us as soon as you can regarding whether you intend to take any action to address the missing functionalities in the software you produced to Defendants.

Regards,

Fred

 **Fred H. Perkins**

Partner & Co-Chair, Technology, Data & IP

**D** 212.735.8647
fhperkins@morrisoncohen.com

vCard | Bio | LinkedIn

Morrison Cohen LLP
909 Third Avenue, 27th Floor, New York, NY 10022-4784
212.735.8600 | morrisoncohen.com

---

**From:** Avram Frisch <frischa@avifrischlaw.com>
**Sent:** Tuesday, July 22, 2025 9:42 AM
**To:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Tsetsenchimeg (Elle) Baigalmaa <tb@lawmlg.com>; Ross Malaga <rossmalaga@gmail.com>
**Subject:** RE: operational code access exchanged

**CAUTION:** External sender. Verify before continuing.

---

Correct, but it can be made operational, which is actually the logical thing to do here and what I would have said had I been on this case from the beginning. I am not expecting it to be made more accessible than it is, but will see what I can do.

Avi

 THE LAW OFFICE OF
AVRAM E. FRISCH LLC

Avram E. Frisch, Esq.
Frischa@avifrischlaw.com
1 University Plaza, Suite 119 Hackensack, NJ 07601
201-289-5352
Fax: 866-883-9690

**From:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Sent:** Tuesday, July 22, 2025 9:40 AM
**To:** Avram Frisch <frischa@avifrischlaw.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Tsetsenchimeg (Elle) Baigalmaa <tb@lawmlg.com>
**Subject:** RE: operational code access exchanged

I look forward to your response.  Source code is not the same as operational software.

### Fred H. Perkins

Partner & Co-Chair, Technology, Data & IP

**D** 212.735.8647
fhperkins@morrisoncohen.com

vCard | Bio | LinkedIn

Morrison Cohen LLP
909 Third Avenue, 27th Floor, New York, NY 10022-4784
212.735.8600 | morrisoncohen.com

**From:** Avram Frisch <frischa@avifrischlaw.com>
**Sent:** Tuesday, July 22, 2025 9:36 AM
**To:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Tsetsenchimeg (Elle) Baigalmaa <tb@lawmlg.com>
**Subject:** RE: operational code access exchanged

**CAUTION:** External sender. Verify before continuing.

Fred,

Essentially, giving you higher permissions would allow you to bleed into the live data for Dumbo. This is not test data so much as stale data that is several years old (other than the test lead I created of myself yesterday). I am checking if there is anything we can do, but this is what they were able to accomplish. Obviously, you have the complete 2023 code and it is something that your expert can install and run on your end to see the complete features.

Avi



THE LAW OFFICE OF
AVRAM E. FRISCH LLC

Avram E. Frisch, Esq.
Frischa@avifrischlaw.com
1 University Plaza, Suite 119 Hackensack, NJ 07601
201-289-5352
Fax: 866-883-9690

---

**From:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Sent:** Tuesday, July 22, 2025 9:34 AM
**To:** Avram Frisch <frischa@avifrischlaw.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Tsetsenchimeg (Elle) Baigalmaa <tb@lawmlg.com>
**Subject:** RE: operational code access exchanged

Avi,

Thanks.  please get back to me as soon as you can.  I'm not sure what you mean by "live software" as you indicated this was not software with live data, but some test data.  If you have not provided the highest level of access, then you should.

Regards,

Fred

> ### Fred H. Perkins
>
> Partner & Co-Chair, Technology, Data & IP
>
> **D** 212.735.8647
> fhperkins@morrisoncohen.com
>
> vCard | Bio | LinkedIn
>
> Morrison Cohen LLP
> 909 Third Avenue, 27th Floor, New York, NY 10022-4784
> 212.735.8600 | morrisoncohen.com

---

**From:** Avram Frisch <frischa@avifrischlaw.com>
**Sent:** Tuesday, July 22, 2025 9:23 AM
**To:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Tsetsenchimeg (Elle) Baigalmaa <tb@lawmlg.com>
**Subject:** Re: operational code access exchanged

**CAUTION:** External sender. Verify before continuing.

---

Fred,

As this is live software, it is based on permissions. I know drag and drop crew assignments cannot be done at this permission level. I assume the other features are for the same reasons. I will ask Lior about the other components to confirm.

Avi Frisch
The Law Office of Avram E. Frisch LLC
201-289-5352

From: Perkins, Fred <fhperkins@morrisoncohen.com>
Sent: Tuesday, July 22, 2025 9:19:51 AM
To: Avram Frisch <frischa@avifrischlaw.com>
Cc: Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Tsetsenchimeg (Elle) Baigalmaa <tb@lawmlg.com>
Subject: RE: operational code access exchanged

Avi,

While one of my experts has only had a limited opportunity to review the software to which you have provided access, without waiver of any rights (including to raise other issues regarding the software and our access as we review more closely), I note the following deficiencies have been observed:

A. Various specific functionalities of Dumbo's software could not be located or were not functional:
1. SMS customer functionality
2. Assigning crews through the Dispatch tool
3. Digital bills of lading
4. Payment system notifications
5. Compensation and invoice processing.

B. Several tabs were missing from the User Interface compared to the Schedule B screenshots in Dumbo's amended interrogatory responses where Dumbo purports to identify its alleged trade secrets, including "Storage," "Long Distance," "Management," and "Materials."

Please advise if these missing functionalities alleged to be trade secrets will be provided in the operational software produced for Defendants' review.

Regards,

Fred

**Fred H. Perkins**

Partner & Co-Chair, Technology, Data & IP

**D** 212.735.8647
fhperkins@morrisoncohen.com

vCard | Bio | LinkedIn

Morrison Cohen LLP
909 Third Avenue, 27th Floor, New York, NY 10022-4784
212.735.8600 | morrisoncohen.com

**From:** Perkins, Fred
**Sent:** Monday, July 21, 2025 2:31 PM
**To:** Avram Frisch <frischa@avifrischlaw.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Tsetsenchimeg (Elle) Baigalmaa <tb@lawmlg.com>
**Subject:** RE: operational code access exchanged

Agreed.  This exchange of operational software is subject to the "RESTRICTED CONFIDENTIAL SOURCE CODE" designation under the court's protective order.

> **Fred H. Perkins**
>
> Partner & Co-Chair, Technology, Data & IP
>
> **D** 212.735.8647
> fhperkins@morrisoncohen.com
>
> vCard | Bio | LinkedIn
>
> Morrison Cohen LLP
> 909 Third Avenue, 27th Floor, New York, NY 10022-4784
> 212.735.8600 | morrisoncohen.com

**From:** Avram Frisch <frischa@avifrischlaw.com>
**Sent:** Monday, July 21, 2025 2:29 PM
**To:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Tsetsenchimeg (Elle) Baigalmaa <tb@lawmlg.com>
**Subject:** Re: operational code access exchanged

**CAUTION:** External sender. Verify before continuing.

Obviously this is being exchanged as confidential source code.



Avram E. Frisch, Esq.
Frischa@avifrischlaw.com
1 University Plaza, Suite 119 Hackensack, NJ 07601
201-289-5352
Fax: 866-883-9690

**From:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Sent:** Monday, July 21, 2025 2:27 PM
**To:** Avram Frisch <frischa@avifrischlaw.com>

Cc: Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Tsetsenchimeg (Elle) Baigalmaa <tb@lawmlg.com>
Subject: operational code access exchanged

Here you go:
site: █████████████████████
Login/ password:

████████████████

**Fred H. Perkins**

Partner & Co-Chair, Technology, Data & IP

**D** 212.735.8647
fhperkins@morrisoncohen.com

vCard | Bio | LinkedIn

Morrison Cohen LLP
909 Third Avenue, 27th Floor, New York, NY 10022-4784
212.735.8600 | morrisoncohen.com

---

**From:** Avram Frisch <frischa@avifrischlaw.com>
**Sent:** Monday, July 21, 2025 2:20 PM
**To:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Tsetsenchimeg (Elle) Baigalmaa <tb@lawmlg.com>
**Subject:** Re: Your shipment was delivered 882794615380

**CAUTION:** External sender. Verify before continuing.

---

I let them know.

Here is the login



THE LAW OFFICE OF
**AVRAM E. FRISCH LLC**

Avram E. Frisch, Esq.
Frischa@avifrischlaw.com
1 University Plaza, Suite 119 Hackensack, NJ 07601
201-289-5352
Fax: 866-883-9690

**From:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Sent:** Monday, July 21, 2025 2:17 PM
**To:** Avram Frisch <frischa@avifrischlaw.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Tsetsenchimeg (Elle) Baigalmaa <tb@lawmlg.com>
**Subject:** RE: Your shipment was delivered 882794615380

I'm ready to exchange log-ins when you are.  I'd like to arrange for access by expert Raul Campos for this afternoon as soon as log-ins are provided.

### Fred H. Perkins

Partner & Co-Chair, Technology, Data & IP

**D** 212.735.8647
fhperkins@morrisoncohen.com

vCard | Bio | LinkedIn

Morrison Cohen LLP
909 Third Avenue, 27th Floor, New York, NY 10022-4784
212.735.8600 | morrisoncohen.com

**From:** Avram Frisch <frischa@avifrischlaw.com>
**Sent:** Monday, July 21, 2025 1:15 PM
**To:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Tsetsenchimeg (Elle) Baigalmaa <tb@lawmlg.com>
**Subject:** RE: Your shipment was delivered 882794615380

**CAUTION:** External sender. Verify before continuing.

I have asked several times, and apparently it must be done manually. It has been that way me as well when I have logged in.

Avi



THE LAW OFFICE OF
AVRAM E. FRISCH LLC

Avram E. Frisch, Esq.
Frischa@avifrischlaw.com
1 University Plaza, Suite 119 Hackensack, NJ 07601
201-289-5352
Fax: 866-883-9690

**From:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Sent:** Monday, July 21, 2025 1:13 PM
**To:** Avram Frisch <frischa@avifrischlaw.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Tsetsenchimeg (Elle) Baigalmaa <tb@lawmlg.com>
**Subject:** RE: Your shipment was delivered 882794615380

Is it possible to pre-approve the times of their log ins in advance so it doesn't have to be approved each time? And other than the planned time of their log-in, no other information is required?

### Fred H. Perkins

Partner & Co-Chair, Technology, Data & IP

**D** 212.735.8647
fhperkins@morrisoncohen.com

vCard | Bio | LinkedIn

Morrison Cohen LLP
909 Third Avenue, 27th Floor, New York, NY 10022-4784
212.735.8600 | morrisoncohen.com

---

**From:** Avram Frisch <frischa@avifrischlaw.com>
**Sent:** Monday, July 21, 2025 1:09 PM
**To:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Tsetsenchimeg (Elle) Baigalmaa <tb@lawmlg.com>
**Subject:** Re: Your shipment was delivered 882794615380

**CAUTION:** External sender. Verify before continuing.

Once they attempt to login, it needs to be approved for the day by someone at Dumbo. I am told the best time is 12pm edt each day. You can tell me their planned time and I will do my best to find out Matt's availability to be present to approve the login.

Avi Frisch
The Law Office of Avram E. Frisch LLC
201-289-5352

---

**From:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Sent:** Monday, July 21, 2025 1:06:27 PM
**To:** Avram Frisch <frischa@avifrischlaw.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Tsetsenchimeg (Elle) Baigalmaa <tb@lawmlg.com>
**Subject:** RE: Your shipment was delivered 882794615380

Yes, I will be ready this afternoon to exchange log in information to the operational software with test data. What information will you specifically need from my experts to enable them to log in? please state specifically all such needed information.

### Fred H. Perkins

Partner & Co-Chair, Technology, Data & IP

**D** 212.735.8647
fhperkins@morrisoncohen.com

vCard | Bio | LinkedIn

Morrison Cohen LLP
909 Third Avenue, 27ᵗʰ Floor, New York, NY 10022-4784
212.735.8600 | morrisoncohen.com

---

**From:** Avram Frisch <frischa@avifrischlaw.com>
**Sent:** Monday, July 21, 2025 12:28 PM
**To:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Tsetsenchimeg (Elle) Baigalmaa <tb@lawmlg.com>
**Subject:** Re: Your shipment was delivered 882794615380

CAUTION: External sender. Verify before continuing.

---

I will hopefully have a final answer today. You can certainly have your expert begin reviewing. Are we exchanging the logins today?


THE LAW OFFICE OF
AVRAM E. FRISCH LLC

Avram E. Frisch, Esq.
Frischa@avifrischlaw.com
1 University Plaza, Suite 119 Hackensack, NJ 07601
201-289-5352
Fax: 866-883-9690

---

**From:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Sent:** Monday, July 21, 2025 12:16 PM
**To:** Avram Frisch <frischa@avifrischlaw.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Tsetsenchimeg (Elle) Baigalmaa <tb@lawmlg.com>
**Subject:** RE: Your shipment was delivered 882794615380

See p. 3 of my July 2ⁿᵈ letter to the court. A lack of response on this issue prevents my expert from moving forward with any meaningful examination of the July 2022 code as produced.

**Fred H. Perkins**

Partner & Co-Chair, Technology, Data & IP

**D** 212.735.8647
fhperkins@morrisoncohen.com

vCard | Bio | LinkedIn

Morrison Cohen LLP
909 Third Avenue, 27th Floor, New York, NY 10022-4784
212.735.8600 | morrisoncohen.com

---

**From:** Avram Frisch <frischa@avifrischlaw.com>
**Sent:** Monday, July 21, 2025 11:59 AM
**To:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Tsetsenchimeg (Elle) Baigalmaa <tb@lawmlg.com>; Lior Rachmany <lior@dumbomoving.com>
**Subject:** Re: Your shipment was delivered 882794615380

**CAUTION:** External sender. Verify before continuing.

---

Source code is not the subject of your premotion letter. I have already responded and will provide whatever further detail I will be able to obtain. Your incessant emails are getting quite tiresome.

Avi



THE LAW OFFICE OF
AVRAM E. FRISCH LLC

Avram E. Frisch, Esq.
Frischa@avifrischlaw.com
1 University Plaza, Suite 119 Hackensack, NJ 07601
201-289-5352
Fax: 866-883-9690

---

**From:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Sent:** Monday, July 21, 2025 11:56 AM
**To:** Avram Frisch <frischa@avifrischlaw.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Tsetsenchimeg (Elle) Baigalmaa <tb@lawmlg.com>
**Subject:** RE: Your shipment was delivered 882794615380

Avi,

In light of our conference tomorrow, please provide definitive confirmation today as to whether Dumbo has a complete version of the July 2022 code or not within its custody, control or possession. Thanks.

Regards,

Fred

**Fred H. Perkins**

Partner & Co-Chair, Technology, Data & IP

**D** 212.735.8647
fhperkins@morrisoncohen.com

vCard | Bio | LinkedIn

Morrison Cohen LLP
909 Third Avenue, 27th Floor, New York, NY 10022-4784
212.735.8600 | morrisoncohen.com

**From:** Avram Frisch <frischa@avifrischlaw.com>
**Sent:** Monday, July 21, 2025 11:43 AM
**To:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Tsetsenchimeg (Elle) Baigalmaa <tb@lawmlg.com>
**Subject:** RE: Your shipment was delivered 882794615380

**CAUTION:** External sender. Verify before continuing.

I don't know that we have it. I spoke to Lior and he did not think so. I have a call with the expert to ensure that he has not seen it either.


THE LAW OFFICE OF
AVRAM E. FRISCH LLC

Avram E. Frisch, Esq.
Frischa@avifrischlaw.com
1 University Plaza, Suite 119 Hackensack, NJ 07601
201-289-5352
Fax: 866-883-9690

**From:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Sent:** Monday, July 21, 2025 11:24 AM
**To:** Avram Frisch <frischa@avifrischlaw.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Tsetsenchimeg (Elle) Baigalmaa <tb@lawmlg.com>
**Subject:** RE: Your shipment was delivered 882794615380

Avi,

Where does Dumbo stand on producing the balance of missing source code from its 2022 source code as requested last Thursday? Without the code for the missing modules, the production is no complete.

Regards,

Fred

### Fred H. Perkins

Partner & Co-Chair, Technology, Data & IP

**D** 212.735.8647
fhperkins@morrisoncohen.com

vCard | Bio | LinkedIn

Morrison Cohen LLP
909 Third Avenue, 27th Floor, New York, NY 10022-4784
212.735.8600 | morrisoncohen.com

---

**From:** Perkins, Fred
**Sent:** Thursday, July 17, 2025 8:25 PM
**To:** Avram Frisch <frischa@avifrischlaw.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Tsetsenchimeg (Elle) Baigalmaa <tb@lawmlg.com>
**Subject:** RE: Your shipment was delivered 882794615380

Avi,

My experts were able to access the drives with the correct password you provided.  However, all they found is "api" code.  The code for the "crm," "foreman," and "Client UI" modules, which were included in the original production for Dumbo's 2023 code, are not present on the flash drives. Was this an error or does code for such modules not exist in Dumbo's custody, control or possession for the July 2022 period?

Regards,

Fred

### Fred H. Perkins

Partner & Co-Chair, Technology, Data & IP

**D** 212.735.8647
fhperkins@morrisoncohen.com

vCard | Bio | LinkedIn

Morrison Cohen LLP
909 Third Avenue, 27th Floor, New York, NY 10022-4784
212.735.8600 | morrisoncohen.com

---

**From:** Avram Frisch <frischa@avifrischlaw.com>
**Sent:** Thursday, July 17, 2025 6:15 PM
**To:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Tsetsenchimeg (Elle) Baigalmaa <tb@lawmlg.com>
**Subject:** Re: Your shipment was delivered 882794615380

**CAUTION:** External sender. Verify before continuing.

Sorry. I added the @. It is Dumbo123!

Avi Frisch
The Law Office of Avram E. Frisch LLC
201-289-5352

**From:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Sent:** Thursday, July 17, 2025 6:11:58 PM
**To:** Avram Frisch <frischa@avifrischlaw.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Tsetsenchimeg (Elle) Baigalmaa <tb@lawmlg.com>
**Subject:** RE: Your shipment was delivered 882794615380

Avi,

The password you provided to access the hard drives does not work on either of the flash drives you sent as attempted by my experts. I understand from them that sometime encryption can be software dependent.  What encryption tool was used?  Did you provide the wrong password?  Please advise asap.

Regards,

Fred

> **Fred H. Perkins**
>
> Partner & Co-Chair, Technology, Data & IP
>
> **D** 212.735.8647
> fhperkins@morrisoncohen.com
>
> vCard | Bio | LinkedIn
>
> Morrison Cohen LLP
> 909 Third Avenue, 27th Floor, New York, NY 10022-4784
> 212.735.8600 | morrisoncohen.com

**From:** Avram Frisch <frischa@avifrischlaw.com>
**Sent:** Wednesday, July 16, 2025 12:31 PM
**To:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Tsetsenchimeg (Elle) Baigalmaa <tb@lawmlg.com>
**Subject:** Re: Your shipment was delivered 882794615380

**CAUTION:** External sender. Verify before continuing.

Yes. I ran out of blank drives and didn't want to delay to order more. You can make a copy. Code is
██████████

Avi Frisch
The Law Office of Avram E. Frisch LLC

201-289-5352

---

**From:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Sent:** Wednesday, July 16, 2025 12:29:40 PM
**To:** Avram Frisch <frischa@avifrischlaw.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Tsetsenchimeg (Elle) Baigalmaa <tb@lawmlg.com>
**Subject:** RE: Your shipment was delivered 882794615380

You only sent me two flash drives instead of three?  Still waiting for encrypted drive info.

### Fred H. Perkins

Partner & Co-Chair, Technology, Data & IP

**D** 212.735.8647
fhperkins@morrisoncohen.com

vCard | Bio | LinkedIn

Morrison Cohen LLP
909 Third Avenue, 27th Floor, New York, NY 10022-4784
212.735.8600 | morrisoncohen.com

---

**From:** Perkins, Fred
**Sent:** Wednesday, July 16, 2025 11:52 AM
**To:** Avram Frisch <frischa@avifrischlaw.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Tsetsenchimeg (Elle) Baigalmaa <tb@lawmlg.com>
**Subject:** RE: Your shipment was delivered 882794615380

Confirmed.  Are these flash drives encrypted?  If so, please send the password.

### Fred H. Perkins

Partner & Co-Chair, Technology, Data & IP

**D** 212.735.8647
fhperkins@morrisoncohen.com

vCard | Bio | LinkedIn

Morrison Cohen LLP
909 Third Avenue, 27th Floor, New York, NY 10022-4784
212.735.8600 | morrisoncohen.com

---

**From:** Avram Frisch <frischa@avifrischlaw.com>
**Sent:** Wednesday, July 16, 2025 11:49 AM
**To:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Subject:** Fw: Your shipment was delivered 882794615380

**CAUTION:** External sender. Verify before continuing.

---

Avi Frisch

The Law Office of Avram E. Frisch LLC
201-289-5352

---

**From:** FedEx Tracking <TrackingUpdates@fedex.com>
**Sent:** Wednesday, July 16, 2025 11:48:54 AM
**To:** Avram Frisch <frischa@avifrischlaw.com>
**Subject:** Your shipment was delivered 882794615380

We've included the delivery details for you

# Your shipment was delivered.

**Delivery Date**

Wed, 07/16/2025
11:46am

---

**Delivered to**

909 3RD AVEFL 27, New York, NY 10022

**Received by**

G.Mckee

**Report missing package**

# How was your delivery?

## Tracking details

| | |
|---|---|
| **Tracking ID** | **882794615380** |
| **From** | The Law Office of Avram E. Fri<br>1 University Plaza<br>Suite 119<br>HACKENSACK, NJ, US<br>07601 |

| | |
|---|---|
| **To** | Morrison Cohen |
| | 909 3rd Avenue |
| | 27th Floor |
| | New York, NY, US |
| | 10022 |
| **Ship date** | Tue 7/15/2025 06:40 PM |
| **Number of pieces** | 1 |
| **Total shipment weight** | 0.50 LB |
| **Service** | FedEx Priority Overnight® |

TRACK SHIPMENT

# FedEx can ship for less than the Post Office.

Two-day retail shipping, one flat rate.
FedEx One Rate®. Exclusions apply.
Visit fedex.com/onerate for details.

**EXPLORE FEDEX ONE RATE®**

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 10:48 AM CDT 07/16/2025.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2025 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our Privacy Notice. All rights reserved.

Thank you for your business.

ID  1026

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com