# Exhibit E

| | |
|---|---|
| **From:** | Perkins, Fred |
| **Sent:** | Tuesday, August 12, 2025 8:57 PM |
| **To:** | Avram Frisch |
| **Cc:** | Wing K. Chiu (wkc@lawmlg.com) |
| **Subject:** | RE: Software |

Avi,

I have asked our experts to review the data on the date you indicated as you requested. Can please explain why your client cannot grant the "permissions" needed on the software "to allow more functionality"? In that regard, you should be aware that Defendants granted Dumbo's expert administrative access to its software and therefore granting highest possible access should not be an issue.

Regards,

Fred



**Fred H. Perkins**

Partner & Co-Chair, Technology, Data & IP

**D** 212.735.8647
fhperkins@morrisoncohen.com

vCard  |  Bio  |  LinkedIn

Morrison Cohen LLP
909 Third Avenue, 27th Floor, New York, NY 10022-4784
212.735.8600  |  morrisoncohen.com

---

**From:** Avram Frisch <frischa@avifrischlaw.com>
**Sent:** Tuesday, August 12, 2025 4:59 PM
**To:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>
**Subject:** Software

**CAUTION:** External sender. Verify before continuing.

---

Fred,

I am trying to find out if I can get the permissions raised on the software to allow more functionality, but so far it has not happened. I will be preparing a more detailed response, but I would ask that your expert review the data on 4/11/2023 before I do so, as that day has scheduled moves.

Avi

1

_____



Avram E. Frisch, Esq.
Frischa@avifrischlaw.com
1 University Plaza, Suite 119 Hackensack, NJ 07601
201-289-5352
Fax: 866-883-9690

2