# Exhibit F

| | |
|---|---|
| **From:** | Avram Frisch <frischa@avifrischlaw.com> |
| **Sent:** | Wednesday, August 27, 2025 3:17 PM |
| **To:** | Perkins, Fred |
| **Cc:** | Wing K. Chiu (wkc@lawmlg.com); Bonoli, Tess; Rallis, Nicole P. |
| **Subject:** | Re: Software |

| | |
|---|---|
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |

**CAUTION:** External sender. Verify before continuing.

We have not said you cannot discuss it with your experts, just that you cannot have the login. My client is not willing to do that. You can make whatever application you want.

_____

Avram E. Frisch, Esq.
Frischa@avifrischlaw.com
1 University Plaza, Suite 119 Hackensack, NJ 07601
201-289-5352
Fax: 866-883-9690



From: Perkins, Fred <fhperkins@morrisoncohen.com>
Sent: Wednesday, August 27, 2025 3:15:09 PM
To: Avram Frisch <frischa@avifrischlaw.com>
Cc: Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Bonoli, Tess <tbonoli@morrisoncohen.com>; Rallis, Nicole P. <nrallis@morrisoncohen.com>
Subject: RE: Software

Avi,

Given your client's ridiculous position concerning counsel's access, you have left us no choice but for the Court to determine who is being unreasonable.

Regards,

Fred



**Fred H. Perkins**

Partner & Co-Chair, Technology, Data & IP

**D** 212.735.8647

1

fhperkins@morrisoncohen.com

vCard | Bio | LinkedIn

Morrison Cohen LLP
909 Third Avenue, 27th Floor, New York, NY 10022-4784
212.735.8600 | morrisoncohen.com

---

**From:** Avram Frisch <frischa@avifrischlaw.com>
**Sent:** Wednesday, August 27, 2025 3:12 PM
**To:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Bonoli, Tess <tbonoli@morrisoncohen.com>; Rallis, Nicole P. <nrallis@morrisoncohen.com>
**Subject:** Re: Software

> **CAUTION:** External sender. Verify before continuing.

---

I think we have tried to give your experts as much as we can. You are being spectacularly unreasonable. As such, I think you should reconsider your demands here. We can give your experts access, but my client simply does not trust you to have access to administrative access.

We offered you a complete demo with Lior and access on reasonable terms. You do not want that. You also have unlimited access to the more limited version. I don't believe we have an obligation to give you unlimited access to active live software for the remainder of the litigation.

Avi

_____

Avram E. Frisch, Esq.
Frischa@avifrischlaw.com
1 University Plaza, Suite 119 Hackensack, NJ 07601
201-289-5352
Fax: 866-883-9690



---

**From:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Sent:** Wednesday, August 27, 2025 2:49:35 PM
**To:** Avram Frisch <frischa@avifrischlaw.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Bonoli, Tess <tbonoli@morrisoncohen.com>; Rallis, Nicole P. <nrallis@morrisoncohen.com>
**Subject:** RE: Software

Avi,

While I appreciate your efforts to try to get your client to be more cooperative regarding providing Defendants' counsel and experts with administrative access to the Operational Software with live data, your proposal remains unworkable for several reasons, including the following:

2

1. Having experts gain access but not be able to share their access and work product with attorneys is completely useless since the experts, by themselves, are not the ones who have the responsibility and obligation to litigate this matter and defend the claims. It is particularly disturbing after months of efforts at negotiating these issues, your client has now for the first time sought to limit counsel's access to Dumbo's operational software when there is no factual or legal basis whatsoever to do so.

2. 2 week access is little different than 2 sessions. Even assuming 2 weeks or 2 sessions were sufficient for an initial assessment of your client's alleged trade secret functionalities and screen displays that are supposed to "define and illustrate" Dumbo's alleged trade secrets, you have failed to address Defendants' need to access such software for fact depositions, motion practice, expert reports, expert rebuttal reports, expert discovery and if necessary, trial preparation and trial. We are not going to agree that any future access is subject to your client's discretion to potentially permit additional access or not or worse add new unreasonable conditions to such access. We are certainly not willing to go through weeks of emails and negotiations over such future access.

3. As you conceded previously, your expert had never reviewed the more limited login access to Dumbo's software you previously produced – which is worthless for all the reasons previously explained – and instead obviously had access to the administrative version of such software with live data. Fairness requires that Defendants have reasonable continuing access to the same software regarding which your expert has made various sworn statements in this action that Defendants have the right to test and investigate.

4. You have still failed over all these months to proffer any valid reason why access should be so limited and now why all attorney access should be precluded. There is a strict Protective Order in place that protects the disclosure of confidential and potentially highly sensitive material like source code to attorneys and disclosed experts. You have produced your client's source code subject to those restrictions. You have proffered no valid reason why your client's operational software, which "defines and illustrates" your alleged trade secrets embodied in your client's source code, should be treated any differently.

Accordingly, if we don't hear otherwise by COB on Friday August 29th, then we will assume that our meet and confer efforts have been unsuccessful in resolving this dispute and we will have no choice but to raise our concerns with the Court.

Regards,

Fred

**Fred H. Perkins**

Partner & Co-Chair, Technology, Data & IP

D 212.735.8647
fhperkins@morrisoncohen.com

vCard | Bio | LinkedIn

Morrison Cohen LLP
909 Third Avenue, 27th Floor, New York, NY 10022-4784
212.735.8600 | morrisoncohen.com

---

**From:** Avram Frisch <frischa@avifrischlaw.com>
**Sent:** Wednesday, August 27, 2025 2:25 PM
**To:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Bonoli, Tess <tbonoli@morrisoncohen.com>; Rallis, Nicole P. <nrallis@morrisoncohen.com>
**Subject:** Re: Software

**CAUTION:** External sender. Verify before continuing.

My client is willing to give access directly to the experts for two weeks (he does not want to give to attorneys, just experts). He is willing to communicate with your experts to guide them through the software. He is willing to then discuss additional access as needed when they need to get in. He cannot give unlimited access and then he can give a new password for a limited period of time. He is not willing to give attorneys access to this account.  Please advise if this is acceptable. You will continue to have access to the more limited login.

Avi

_____

Avram E. Frisch, Esq.
Frischa@avifrischlaw.com
1 University Plaza, Suite 119 Hackensack, NJ 07601
201-289-5352
Fax: 866-883-9690



**From:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Sent:** Wednesday, August 27, 2025 1:05:06 PM
**To:** Avram Frisch <frischa@avifrischlaw.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Bonoli, Tess <tbonoli@morrisoncohen.com>; Rallis, Nicole P. <nrallis@morrisoncohen.com>
**Subject:** RE: Software

Any update regarding administrative access to Dumbo's operational software with live data?  Is your client still insisting on a 2 session limit?

> **Fred H. Perkins**
>
> Partner & Co-Chair, Technology, Data & IP
>
> **D** 212.735.8647
> fhperkins@morrisoncohen.com
>
> vCard | Bio | LinkedIn
>
> Morrison Cohen LLP
> 909 Third Avenue, 27th Floor, New York, NY 10022-4784
> 212.735.8600 | morrisoncohen.com

**From:** Perkins, Fred
**Sent:** Tuesday, August 26, 2025 4:23 PM
**To:** Avram Frisch <frischa@avifrischlaw.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Bonoli, Tess <tbonoli@morrisoncohen.com>; Rallis, Nicole P. <nrallis@morrisoncohen.com>
**Subject:** RE: Software

Avi,

Any update regarding your client's willingness to provide the expert and attorney continuing access to the Dumbo operational software you are now offering to produce (with live data)?  Please advise.

Regards,

Fred

**Fred H. Perkins**

Partner & Co-Chair, Technology, Data & IP

**D** 212.735.8647
fhperkins@morrisoncohen.com

vCard | Bio | LinkedIn

Morrison Cohen LLP
909 Third Avenue, 27th Floor, New York, NY 10022-4784
212.735.8600 | morrisoncohen.com

---

**From:** Perkins, Fred
**Sent:** Monday, August 25, 2025 10:06 AM
**To:** Avram Frisch <frischa@avifrischlaw.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Bonoli, Tess <tbonoli@morrisoncohen.com>; Rallis, Nicole P. <nrallis@morrisoncohen.com>
**Subject:** RE: Software

Avi,

Understood.  Please get back to me as soon as you do.
Thanks.

Regards,

Fred

**Fred H. Perkins**

Partner & Co-Chair, Technology, Data & IP

**D** 212.735.8647
fhperkins@morrisoncohen.com

vCard | Bio | LinkedIn

Morrison Cohen LLP
909 Third Avenue, 27th Floor, New York, NY 10022-4784
212.735.8600 | morrisoncohen.com

---

**From:** Avram Frisch <frischa@avifrischlaw.com>
**Sent:** Monday, August 25, 2025 10:03 AM
**To:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Bonoli, Tess <tbonoli@morrisoncohen.com>
**Subject:** RE: Software

**CAUTION:** External sender. Verify before continuing.

I need to speak with my client.

_____



Avram E. Frisch, Esq.
Frischa@avifrischlaw.com
1 University Plaza, Suite 119 Hackensack, NJ 07601
201-289-5352
Fax: 866-883-9690

**From:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Sent:** Monday, August 25, 2025 9:33 AM
**To:** Avram Frisch <frischa@avifrischlaw.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Bonoli, Tess <tbonoli@morrisoncohen.com>
**Subject:** RE: Software

Avi,

I presume your position regarding the conditions by which Defendants' expert and counsel can get administrative access to Dumbo's operational software with live data (but can't save or modify data) remains unchanged.  If there's any change, please advise.

Regards,

Fred

**Fred H. Perkins**

Partner & Co-Chair, Technology, Data & IP

**D** 212.735.8647
fhperkins@morrisoncohen.com

vCard | Bio | LinkedIn

Morrison Cohen LLP
909 Third Avenue, 27th Floor, New York, NY 10022-4784
212.735.8600 | morrisoncohen.com

**From:** Perkins, Fred
**Sent:** Wednesday, August 20, 2025 9:23 PM

**To:** Avram Frisch <frischa@avifrischlaw.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Bonoli, Tess <tbonoli@morrisoncohen.com>
**Subject:** RE: Software

I merely expect that you will provide reasonable access to the software your client has put at issue in this litigation. "Constant access" is not requested, but continuing access as necessary throughout the litigation -- just like Defendants have provided to Dumbo -- is certainly reasonable. If you are unwilling to even attempt to explain this to your client, then Defendants will have no choice but to raise this issue with the Court.

### Fred H. Perkins

Partner & Co-Chair, Technology, Data & IP

**D** 212.735.8647
fhperkins@morrisoncohen.com

vCard | Bio | LinkedIn

Morrison Cohen LLP
909 Third Avenue, 27th Floor, New York, NY 10022-4784
212.735.8600 | morrisoncohen.com

---

**From:** Avram Frisch <frischa@avifrischlaw.com>
**Sent:** Wednesday, August 20, 2025 9:09 PM
**To:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Bonoli, Tess <tbonoli@morrisoncohen.com>
**Subject:** Re: Software

**CAUTION:** External sender. Verify before continuing.

---

I think you are misunderstanding my attempt to work things out with me being a patsy. We made a reasonable compromise offer. You don't need constant access and I cannot even conceive of such a thing.

Avi Frisch
The Law Office of Avram E. Frisch LLC
201-289-5352

---

**From:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Sent:** Wednesday, August 20, 2025 9:05:37 PM
**To:** Avram Frisch <frischa@avifrischlaw.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Bonoli, Tess <tbonoli@morrisoncohen.com>
**Subject:** RE: Software

You represented to us yesterday that access can be granted in a manner that users can't modify or save data. Do you really think that software experts are going to do something with the data in violation of the protective order? And you have not addressed the obvious need for Defendants to have access to the software at issue throughout discovery, motion practice, expert reports/discovery and trial preparation (if any).

### Fred H. Perkins

Partner & Co-Chair, Technology, Data & IP

**D** 212.735.8647

fhperkins@morrisoncohen.com

vCard | Bio | LinkedIn

Morrison Cohen LLP
909 Third Avenue, 27th Floor, New York, NY 10022-4784
212.735.8600 | morrisoncohen.com

---

**From:** Avram Frisch <frischa@avifrischlaw.com>
**Sent:** Wednesday, August 20, 2025 9:01 PM
**To:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Bonoli, Tess <tbonoli@morrisoncohen.com>
**Subject:** Re: Software

**CAUTION:** External sender. Verify before continuing.

---

This is going to be our live database. Unlimited access is too dangerous.

Avi Frisch
The Law Office of Avram E. Frisch LLC
201-289-5352

---

**From:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Sent:** Wednesday, August 20, 2025 8:59:53 PM
**To:** Avram Frisch <frischa@avifrischlaw.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Bonoli, Tess <tbonoli@morrisoncohen.com>
**Subject:** RE: Software

How can it be abused?  And by whom?  What is the prejudice you fear?

**Fred H. Perkins**

Partner & Co-Chair, Technology, Data & IP

**D** 212.735.8647
fhperkins@morrisoncohen.com

vCard | Bio | LinkedIn

Morrison Cohen LLP
909 Third Avenue, 27th Floor, New York, NY 10022-4784
212.735.8600 | morrisoncohen.com

---

**From:** Avram Frisch <frischa@avifrischlaw.com>
**Sent:** Wednesday, August 20, 2025 8:58 PM
**To:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Bonoli, Tess <tbonoli@morrisoncohen.com>
**Subject:** Re: Software

**CAUTION:** External sender. Verify before continuing.

We believe our offer is reasonable and permits you the access you need. I am not agreeing to unlimited access which is ripe for abuse in light of what we are discussing.

Avi Frisch
The Law Office of Avram E. Frisch LLC
201-289-5352

---

**From:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Sent:** Wednesday, August 20, 2025 8:55:42 PM
**To:** Avram Frisch <frischa@avifrischlaw.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Bonoli, Tess <tbonoli@morrisoncohen.com>
**Subject:** RE: Software

Avi,

Thanks for your willingness to share Dumbo's software through Lior's account, which is presumably the highest level of administrative access and what was used to create the screen displays contained in Dumbo's trade secret identification and discussed in your expert's prior declaration. Defendants and their experts also appreciate and accept the offer for such access and for your client to do a "walk through" of the software.

However, we cannot agree to limiting experts/attorneys' access to only 2 sessions with this software for several reasons. First, until Defendants' experts see the software with the full functionality and screen displays asserted by Dumbo, they cannot determine how many sessions will be needed to further view the software and asserted trade secret functionalities and screen displays. Second, regardless of the number of sessions required to assess the software's functionalities and screen displays, there will obviously be various other times in the case besides initial discovery where such access will be necessary, namely: (1) potential discovery or dispositive motion practice; (2) preparation of expert reports; (3) review and analysis of your expert's report; (4) preparation of rebuttal expert reports; (5) preparation for and potentially during the taking of expert depositions; and (6) trial preparation and trial (should the case proceed to such stage). Third, since there is no saving or modifying data that is possible and access is restricted to experts and attorneys, there is no prejudice to Dumbo if Defendants get the same unlimited administrative access to Dumbo's software which Defendants have provided to Dumbo's expert and counsel. Fourth, as I mentioned, Defendants have provided Dumbo's expert with full administrative access with sample data attached for their review of Defendants' software without any session limitation. Accordingly, there is no good reason why Defendants' experts should not have the same access.

Please discuss this with your client and get back to me as soon as you can but by the end of the week.

Thanks.

Regards,

Fred

**Fred H. Perkins**

Partner & Co-Chair, Technology, Data & IP

**D** 212.735.8647
fhperkins@morrisoncohen.com

vCard  |  Bio  |  LinkedIn

Morrison Cohen LLP
909 Third Avenue, 27th Floor, New York, NY 10022-4784
212.735.8600  |  morrisoncohen.com

**From:** Avram Frisch <frischa@avifrischlaw.com>
**Sent:** Tuesday, August 19, 2025 5:05 PM
**To:** Perkins, Fred <fhperkins@morrisoncohen.com>; Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>
**Subject:** Software

**CAUTION:** External sender. Verify before continuing.

Lior has said as follows: I can give them access for mine [Lior's account] after I show them on zoom if they confirm to use it only for 2 sessions and that no one from POC allowed to see it.

I think this is pretty fair. Lior will walk them through and then they can access two more times to explore it (no saving or modifying of data). Obviously, we already agreed it is Attorney and Expert eyes only.

Avi



Avram E. Frisch, Esq.
Frischa@avifrischlaw.com
1 University Plaza, Suite 119 Hackensack, NJ 07601
201-289-5352
Fax: 866-883-9690

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com