

THE LAW OFFICE OF
**AVRAM E. FRISCH LLC**

New Jersey Office
1 University Plaza
Suite 119
Hackensack, NJ 07601

New York Office
150 Broadway
Suite 900
New York, NY 10038

Avram E. Frisch Esq. – Admitted in NY and NJ.  Mail to NJ address.

September 11, 2025

Edgardo Ramos, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square NY, Courtroom 619
New York, NY, 10007

<u>**Via Electronic Filing**</u>

   Re: Dumbo Moving v. Piece of Cake Moving et al. 1:22-cv-05138-ER

Dear Judge Ramos:

  This firm represents Dumbo Moving & Storage, Inc., plaintiff in the above entitled action.  I write in response to Mr. Perkin's letter request for a premotion conference regarding access to Dumbo's operational software.  As the Court is aware, the trade secrets in this case relate to the use of Dumbo's source code, and the operational software is not directly at issue.  Piece of Cake has been seeking access to an operational version of the software, which has been provided by Dumbo to an older database with some limits on functionality due to the software permissions that can be granted to an outside user.

  To be clear, Dumbo is happy for Piece of Cake's attorneys and experts to see and use the operational software, and has already substantially provided such access.  Unfortunately, Dumbo does not have a training or test environment for its software, and thus has not been able to give access to an unlimited account as that would give access to Dumbo's current database and present a tremendous security concern in a case about a direct competitor stealing its valuable trade secrets.  Mr. Perkins correctly pointed out to us that certain functionality was not available in the user account provide due to security restrictions on the account, and we have attempted to work with him to provide some reasonable access to the complete software for his experts.

  Unfortunately, no resolution other than complete, unfettered administrative access to Dumbo's system will suffice for Mr. Perkins.  This is not feasible, or necessary.  Among proposed solutions, Plaintiff's CEO offered to give Mr. Perkins and his experts a guided demonstration of the software for as long as they needed, so that they could examine the features.  Mr. Perkins deemed this insufficient, so Dumbo offered to allow a limited time access to the software for POC's experts only.  There is no need for Mr. Perkins to directly access the software, and Dumbo is seeking to limit any security breach that could occur from providing such broad access.  Mr. Perkins instead has demanded that he and his experts should be entitled to complete access to Dumbo's software throughout the remainder of the litigation.  This is both unreasonable and unworkable.

 
201.289.5352    866.883.9690    frischa@avifrischlaw.com    www.avifrischlaw.com

Page **2** of **2**

Edgardo Ramos

      Furthermore, we made clear to Mr. Perkins that we had no concern with him receiving screen shots and information from his experts but that he would not have personal access to the software itself. It appears that Mr. Perkins was insulted that Dumbo does not trust him with access to its software, but it was not meant to doubt his integrity, but to limit access as much as possible so that more time could be granted to his experts. The longer the password is made available, the more of a chance of a security breach, whether accidental or not.

      Dumbo has bent over backwards to provide access to its own software, and there is no reason why a demonstration and limited time access is insufficient for Piece of Cake. Furthermore, Dumbo did not suggest that in the event of additional need that it could not provide more access, but only that access should be limited, and only an as needed basis so that its data can be secure and the litigation can continue. Instead of working with us on a reasonable solution, Mr. Perkins continues to involve the court in matters that are easily resolved when both parties can act reasonably. The demonstration and limited access (along with the existing account that has most of the functionality enabled) would be more than sufficient for Mr. Perkins, his experts and his associates to prepare the case for trial.

      Very truly yours,

      */s/ Avram E. Frisch*

      Avram E. Frisch

Cc:

