

September 16, 2025

Edgardo Ramos, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square NY, Courtroom 619
New York, NY, 10007

**<u>Via Electronic Filing</u>**

Re:   Dumbo Moving v. Piece of Cake Moving et al. 1:22-cv-05138-ER

Dear Judge Ramos:

    This firm represents Dumbo Moving & Storage, Inc., plaintiff in the above entitled action.  I write in regard to the pre-motion conference scheduled for September 19 at 10:30AM.  I have another in person appearance in a matter in Union county, New Jersey at 11AM that morning ,and this matter has been previously adjourned and was scheduled in July.  Furthermore, that matter has a pro se defendant, so it would be difficult to convert to a virtual appearance.  Upon recognizing the conflict, I consulted with Mr. Perkins and Mr. Chiu and they have consented to requesting that the matter be heard telephonically that morning, which would then not require rescheduling.  If the Court wants to hold the matter in person, then the parties are available on September 26, due to the Jewish holiday of Rosh Hashana next week.  I am available that day, except for a virtual motion appearance at 11AM.

                                            Very truly yours,

                                            Avram E. Frisch

Cc: