October 31, 2025

**VIA ECF**
Hon. Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:    Dumbo Moving & Storage, Inc. v. Piece of Cake Moving & Storage LLC et al.,
Case No. 22-CV-05138 (ER) -- Joint Request to Amend Discovery Schedule

Dear Judge Ramos:

This undersigned counsel represent all parties in the above-referenced matter.  The parties jointly request a two-month extension of all remaining discovery schedule deadlines. This is the third request to modify the discovery schedule and is sought to enable the parties sufficient time to complete all fact discovery.  While there have been various discovery disputes to date, the parties have repeatedly met and conferred to try to resolve such disputes, including most recently on October 17, 2025.  To date, all parties have produced substantial document discovery and various written discovery has been served by the Defendants, some of which are still pending final responses.  In addition, the parties anticipate the production of additional documents responsive to previously served requests.  Depositions of the Plaintiff's CEO and its non-party current software developer have been scheduled, but due to various scheduling conflicts, are set to proceed on December 9 and 11, 2025 (Plaintiff CEO) and January 8, 2026 (Plaintiff's current software developer).  The parties are also in process of scheduling depositions for certain of the individual defendants, which are likely to occur in January 2026. As a result, the parties require additional time to complete all discovery, including depositions.

Based on the foregoing, all parties in this case respectfully request that the discovery schedule shall be amended as follows:

| Task | Current Deadline | Proposed Deadline |
|---|---|---|
| Last day to complete Non-Expert Depositions and All Fact Discovery | December 12, 2025 | February 13, 2026 |
| Expert Reports | January 16, 2026 | March 20, 2026 |
| Rebuttal Reports | March 13, 2026 | May 15, 2026 |
| Last to complete Expert Depositions | April 17, 2026 | June 12, 2026 |
| All Discovery Completed | April 17, 2026 | June 12, 2026 |
| Case Management Conference | T/B/D after April 17, 2026 | T/B/D after June 12, 2026 |

#14117033v3\028447\0003

Judge Edgardo Ramos
October 31, 2025
Page 2


       We thank the Court for its consideration and respectfully request that the Court grant the parties the relief jointly requested herein.


Respectfully Submitted,


_/s/ Avram E. Frisch_____
Avram E. Frisch
THE LAW OFFICE OF AVRAM E. FRISCH LLC
Attorneys for Plaintiff Dumbo Moving & Storage, Inc


__/s/ Fred H. Perkins _____
Fred H. Perkins
MORRISON COHEN LLP
Attorneys for Defendants, Piece of Cake Moving & Storage LLC, Simply Moving LLC, Simply Moving & Storage LLC, Vojin Popovic, and Stefan Marcali


__/s/ Wing Chiu_____
Oleg A. Mestechkin
Wing K. Chiu
MESTECHKIN LAW GROUP P.C.
Attorneys for Defendant Volodymyr Plokhykh