UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DUMBO MOVING & STORAGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> PIECE OF CAKE MOVING & STORAGE LLC, SIMPLY MOVING LLC, SIMPLY MOVING & STORAGE LLC, VOJIN POPOVIC, STEFAN MARCALI and VOLODYMYR PLOKHYKH, <br><br> Defendants. | Case No. 22-CV-05138 (ER) |

## STIPULATED REVISED DISCOVERY SCHEDULE AND ORDER

WHEREAS the parties have engaged in substantial written and document discovery;

WHEREAS counsel for the parties met and conferred on October 17, 2025 to discuss various outstanding discovery issues, including completing document discovery, timing and sufficiency of written discovery responses and scheduling various party and non-party depositions;

WHEREAS the parties have scheduled for the earliest mutually convenient dates the depositions of the Plaintiff's President on December 9 and 11, 2025 and a non-party representative of Plaintiff's current software developer for January 8, 2026 and are in process of scheduling the depositions of certain individual defendants in January 2026;

WHEREAS the parties therefore require more time to complete discovery, including various depositions;

IT IS HEREBY STIPULATED AND AGREED by and between counsel for all parties that the discovery schedule shall be amended as follows:

| Task | Current Deadline | Proposed Deadline |
|---|---|---|
| Last day to complete Non-Expert Depositions and All Fact Discovery | December 12, 2025 | February 13, 2026 |

| Expert Reports | January 16, 2026 | March 20, 2026 |
|---|---|---|
| Rebuttal Reports | March 13, 2026 | May 15, 2026 |
| Last to complete Expert Depositions | April 17, 2026 | June 12, 2026 |
| All Discovery Completed | April 17, 2026 | June 12, 2026 |
| Case Management Conference | T/B/D after April 17, 2026 | T/B/D after June 12, 2026 |

DATED: October 31, 2025

Attorneys for Plaintiff Dumbo Moving & Storage, Inc.

By: _/s/ Avram E. Frisch_____
Avram E. Frisch
THE LAW OFFICE OF AVRAM E. FRISCH LLC
One University Plaza Suite 119
Hackensack, New Jersey 07601
201-289-5352
Frischa@avifrischlaw.com

Attorneys for Defendants, Piece of Cake Moving & Storage LLC, Simply Moving LLC, Simply Moving & Storage LLC, Vojin Popovic, and Stefan Marcali
By:   _/s/ Fred H. Perkins_
Fred H. Perkins
MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022
212-736-8600
fhperkins@morrisoncohen.com

Attorneys for Defendant Volodymyr Plokhykh

By:__   _/s/ Wing Chiu__ __
Oleg A. Mestechkin
Wing K. Chiu
MESTECHKIN LAW GROUP P.C.
1733 Sheepshead Bay Road, Suite 29
Brooklyn, NY 11235
Tel. (212) 256-1113
Fax. (646) 365-2069
om@lawmlg.com
wkc@lawmlg.com

IT IS SO ORDERED.

DATED:  November 3, 2025

_____
Hon. Edgardo Ramos
United States District Judge

> The case management conference scheduled for April 17, 2026 at 11:00 am is adjourned to June 17, 2026 at 11:00 am. The conference will be held in Courtroom 619, 40 Centre Street, New York, NY 10007 before Judge Edgardo Ramos SO ORDERED.

2

#14117026v3\028447\0003