February 10, 2026

**VIA ECF**
Hon. Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:    Dumbo Moving & Storage, Inc. ("Dumbo") v. Piece of Cake Moving & Storage LLC ("POC") et al., Case No. 22-CV-05138 (ER) -- Joint Request to Amend Discovery Schedule

Dear Judge Ramos:

    The undersigned counsel represent all parties in the above-referenced matter. The parties jointly request a 45 day extension of fact discovery with a corresponding similar extension of all remaining scheduled discovery deadlines to provide additional time to complete all fact discovery.

    This is the fourth and hopefully final request to modify the discovery schedule and is sought to enable the parties sufficient time to complete all fact discovery. In addition to substantial document production, the parties have taken the depositions of Dumbo's CEO, Lior Rachmany, and individual defendants Vojin Popovic and Stefan Marcali and commenced the deposition of Dumbo's current software developer. While there have been various discovery disputes to date, the parties have repeatedly met and conferred to try to resolve such disputes, including most recently on January 28, 2026 and thereafter by email. Counsel for Dumbo and POC Defendants (all Defendants except Volodymyr Plokhykh) continue to meet and confer regarding the production of additional financial documents from Dumbo and POC. As set forth in the accompanying Stipulation and proposed Revised Discovery Schedule and Order, the parties have also agreed to: (i) dates certain for the 30(b)(6) deposition of Dumbo, deposition of Defendant Plokhykh and the conclusion of the non-party deposition of Dumbo's software developer; and (ii) dates certain for Dumbo to produce any and all additional documents responsive to previously served discovery requests and to provide written responses in accordance with Federal Rules to POC Defendants' previously served interrogatories and request for admission.

    While the parties have agreed on dates to conduct the 30(b)(6) deposition of Plaintiff, they disagree – despite their meet and confer efforts – as to the manner and location of such 30(b)(6) deposition. POC Defendants seek to have the 30(b)(6) deposition of Dumbo (by its designated representative, Lior Rachmany, a New York City resident) be conducted as noticed in person in Manhattan, whereas Dumbo seeks for the deposition to be conducted remotely via Zoom or similar technology. The parties have agreed to submit letters to the Court by February 24, 2026 respectively for the Court to determine the resolution of this dispute.

Judge Edgardo Ramos
February 10, 2026
Page 2

Accordingly, the parties respectfully request that the discovery schedule shall be amended as follows:

| Task | Current Deadline | Proposed Deadline |
|---|---|---|
| Last day to complete Non-Expert Depositions and All Fact Discovery | February 13, 2026 | April 1, 2026 |
| Expert Reports | March 20, 2026 | May 7, 2026 |
| Rebuttal Reports | May 15, 2026 | July 7, 2026 |
| Last to complete Expert Depositions | June 12, 2026 | August 7, 2026 |
| All Discovery Completed | June 12, 2026 | August 7, 2026 |
| Case Management Conference | T/B/D after June 12, 2026 | T/B/D after August 7, 2026 |

We thank the Court for its consideration and respectfully request that the Court grant the parties the relief jointly requested herein.

Respectfully Submitted,

_/s/ Avram E. Frisch_____
Avram E. Frisch
THE LAW OFFICE OF AVRAM E. FRISCH LLC
Attorneys for Plaintiff Dumbo Moving & Storage, Inc


___/s/ Fred H. Perkins_____
Fred H. Perkins
MORRISON COHEN LLP
Attorneys for Defendants, Piece of Cake Moving & Storage LLC, Simply Moving LLC, Simply Moving & Storage LLC, Vojin Popovic, and Stefan Marcali


____/s/ Wing Chiu_____
Oleg A. Mestechkin
Wing K. Chiu
MESTECHKIN LAW GROUP P.C.
Attorneys for Defendant Volodymyr Plokhykh

#14354599v2\028447\0003