UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DUMBO MOVING & STORAGE, INC.,

        Plaintiff,

    v.

PIECE OF CAKE MOVING & STORAGE LLC, SIMPLY MOVING LLC, SIMPLY MOVING & STORAGE LLC, VOJIN POPOVIC, STEFAN MARCALI and VOLODYMYR PLOKHYKH,

        Defendants.

Case No. 22-CV-05138 (ER)

**STIPULATED ~~PROPOSED~~ REVISED DISCOVERY SCHEDULE AND ORDER**

  WHEREAS the parties have engaged in substantial written and document discovery and have conducted several fact depositions;

  WHEREAS counsel for the parties met and conferred on January 28, 2026 and emailed each other thereafter to discuss various outstanding discovery issues, including completing document and fact deposition discovery, providing written responses to outstanding discovery requests and addressing the location and method of conducting certain depositions.

  WHEREAS the parties have completed the individual depositions of Plaintiff's CEO Lior Rachmany, Defendants Vojin Popovic and Stefan Marcali and have commenced the deposition of Plaintiff's current software developer, Hebronsoft, through its representative, Kostiantyn Polushkin;

  WHEREAS the parties have agreed to conduct and/or complete the following depositions on the listed dates: (i) Kostiantyn Polushkin on February 20, 2026; (ii) Volodymyr Plokhykh on March 2, 2026; and (iii) 30(b)(6) deposition of Plaintiff by its designated representative, Lior Rachmany, on March 12, 2026 and March 17, 2026 (over two days to accommodate Mr. Rachmany's personal schedule);

  WHEREAS Plaintiff agrees to produce any and all additional documents responsive to all

previously served discovery requests of Defendants by no later than February 25, 2026;

WHEREAS counsel for Plaintiff and POC Defendants (all defendants except Mr. Plokhykh) continue to meet and confer regarding the scope of production of additional financial documents from Dumbo and Piece of Cake, and subject to those continuing disscisions plan to produce additional financial documents by February 25, 2026;

WHEREAS Plaintiff, without waiver of any party's rights, shall provide written responses to POC Defendants' Third and Fourth Sets of Interrogatory Requests and Amended Requests for Admission in accordance with the Federal Rules of Civil Procedure by no later than February 26, 2026;

WHEREAS Dumbo and the POC Defendants disagree regarding whether the Dumbo 30(b)(6) deposition shall be conducted in person as POC Defendants noticed or remotely as Dumbo has requested and have agreed to submit letters to the Court setting out their respective position by February 24, 2026 for the Court to determine; and

WHEREAS the parties require more time to complete fact discovery, including various depositions.

IT IS HEREBY STIPULATED AND AGREED by and between counsel for all parties as follows:

1. The recitals set forth in the above Whereas clauses are incorporated herein to this Stipulation and Order, including but not limited to February 24, 2026 being the last date for the parties to submit separate letters to the Court regarding the location and method of conducting the Dumbo 30(b)(6) deposition scheduled for March 12 and 17, 2026.

2. The discovery schedule shall be amended as follows:

| Task | Current Deadline | Proposed Deadline |
|---|---|---|
| Last day to complete Non-Expert Depositions and All Fact Discovery | February 13, 2026 | April 1, 2026 |
| Expert Reports | March 20, 2026 | May 7, 2026 |
| Rebuttal Reports | May 15, 2026 | July 7, 2026 |

#14354601v2\028447\0003

| Last to complete Expert Depositions | June 12, 2026 | August 7, 2026 |
| All Discovery Completed | June 12, 2026 | August 7, 2026 |
| Case Management Conference | T/B/D after June 12, 2026 | T/B/D after August 7, 2026 |

DATED: February 10, 2026

Attorneys for Plaintiff Dumbo Moving & Storage, Inc.

By: /s/ Avram E. Frisch
Avram E. Frisch
THE LAW OFFICE OF AVRAM E. FRISCH LLC
One University Plaza Suite 119
Hackensack, New Jersey 07601
201-289-5352
Frischa@avifrischlaw.com

Attorneys for Defendants, Piece of Cake Moving & Storage LLC, Simply Moving LLC, Simply Moving & Storage LLC, Vojin Popovic, and Stefan Marcali
By: /s/ Fred H. Perkins
Fred H. Perkins
MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022
212-736-8600
fhperkins@morrisoncohen.com

Attorneys for Defendant Volodymyr Plokhykh

By: /s/ Wing Chiu
Oleg A. Mestechkin
Wing K. Chiu
MESTECHKIN LAW GROUP P.C.
1733 Sheepshead Bay Road, Suite 29
Brooklyn, NY 11235
Tel. (212) 256-1113
Fax. (646) 365-2069
om@lawmlg.com
wkc@lawmlg.com

The case management conference presently scheduled for June 17, 2026, is adjourned to August 12, 2026, at 11:30 a.m.

IT IS SO ORDERED.

DATED: February 12, 2026

Hon. Edgardo Ramos, U.S.D.J

3