UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DUMBO MOVING & STORAGE INC, <br><br> Plaintiff, <br><br> -vs- <br><br> PIECE OF CAKE MOVING & STORAGE LLC, SIMPLY MOVING LLC, SIMPLY MOVING & STORAGE LLC, VOJIN POPOVIC, STEFAN MARCALI and VOLODYMYR PLOKHYKH, <br><br> Defendant. | Case No. 22-CV-05138 (ER) |

<u>**NOTICE OF APPEARANCE**</u>

**PLEASE TAKE NOTICE** that, **Nodirkhon B. Malikov, Esq.**, of **Mestechkin Law Group P.C.**, being duly admitted to practice in the United States District Court for the Eastern District of New York, hereby enters a notice of appearance on behalf of the Defendant, Volodymyr Plokhykh, and demands that all papers shall be served at the address set forth below.

Dated:  Brooklyn, New York
        February 19, 2026

Respectfully submitted,

*/s/ Nodirkhon B. Malikov, Esq.*
Nodirkhon B. Malikov, Esq.
**MESTECHKIN LAW GROUP P.C.**
2218 Ocean Avenue,
Brooklyn, NY, 11229
Tel.  (212) 256-1113
Fax. (646) 365-2069
nm@lawmlg.com
*Attorney for Defendant Volodymyr Plokhykh*

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2026, I served the foregoing document via electronic filing with the Clerk of the Court using the CM/ECF filing system.

<div style="margin-left: 50%;">

*/s/ Nodirkhon B. Malikov/*
Nodirkhon B. Malikov
**MESTECHKIN LAW GROUP P.C.**
2218 Ocean Avenue,
Brooklyn, NY 11229
Tel. (212) 256-1113
Fax. (646) 365-2069
nm@lawmlg.com

*Attorneys for Defendant Volodymyr Plokhykh*

</div>