

THE LAW OFFICE OF
## AVRAM E. FRISCH LLC

**New Jersey Office**
1 University Plaza
Suite 119
Hackensack, NJ 07601

**New York Office**
150 Broadway
Suite 900
New York, NY 10038

Avram E. Frisch Esq. – Admitted in NY and NJ.  Mail to NJ address.

February 20, 2026

Edgardo Ramos, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square NY, Courtroom 619
New York, NY, 10007

### Via Electronic Filing

Re:    Dumbo Moving v. Piece of Cake Moving et al. 1:22-cv-05138-ER

Dear Judge Ramos:

This firm represents Dumbo Moving & Storage, Inc., plaintiff in the above entitled action.  I write in regard to Defendant Piece of Cake's Rule 30(b)(6) deposition notice to Plaintiff, Dumbo Moving & Storage, Inc.  Defendant seeks to have this deposition in person at its offices.  The Plaintiff has objected as its representative, its Owner and President, Lior Rachmany, has a daily child care obligation at 3pm to pick up his children from school.  Mr. Rachmany has already been deposed for a full 7 hours in his individual capacity.

On behalf of the Plaintiff, we requested that the deposition be conducted virtually, which would allow it to be conducted over the course of one day, as Mr. Rachmany could take a short break to pick up his children and continue until completion.  At his previous deposition, which was in person, Mr. Rachmany was forced to conduct the deposition over two days.  Mr. Perkins has refused to consent to a virtual deposition, despite being shown good cause for same, and is seeking to again conduct the deposition in person over two days.  Other depositions in this case, including that of the owner of Defendant POC, along with at least one deposition noticed by Mr. Perkins have been conducted virtually without incident, just as they have been in numerous other cases throughout the country in the years since the Covid pandemic.  Mr. Perkins has given no reason for conducting the deposition in person other than his desire to do so and his alleged prerogative to select the location of the deposition.  As such, we request that the Court grant a premotion conference to resolve this dispute.

Very truly yours,



Avram E. Frisch

Edgardo Ramos
Cc:

