

EXHIBIT A

| From: | Perkins, Fred |
|---|---|
| To: | "Avram Frisch" |
| Cc: | Wing K. Chiu (wkc@lawmlg.com); Bonoli, Tess; Rallis, Nicole P. |
| Bcc: | "PIECE OF CAKE MOVING AND STORAGE LLC_DUMBO MOVING___STORAGE Communications With Adverse Party" |
| Subject: | RE: Dumbo v. POC et al - discovery issues for meet and confer |
| Date: | Monday, October 27, 2025 11:47:55 AM |
| Attachments: | image001.jpg |

Great. Then we are definitively confirmed for the deposition of Lior Rachmany at my office, 909 Third Ave, on December 9 and 11, starting at 9:30 am each day and going to 2pm each day as needed. Given the early 2 pm cutoff to accommodate your client, I would envision no lunch break per se.



**Fred H. Perkins**
Partner & Co-Chair, Technology, Data & IP
**D** 212.735.8647
fhperkins@morrisoncohen.com
vCard | Bio | LinkedIn

Morrison Cohen LLP
909 Third Avenue, 27th Floor, New York, NY 10022-4784
212.735.8600 | morrisoncohen.com

**From:** Avram Frisch <frischa@avifrischlaw.com>
**Sent:** Monday, October 27, 2025 11:30 AM
**To:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Bonoli, Tess <tbonoli@morrisoncohen.com>; Rallis, Nicole P. <nrallis@morrisoncohen.com>
**Subject:** Re: Dumbo v. POC et al - discovery issues for meet and confer

> **CAUTION:** External sender. Verify before continuing.

2pm

Avi Frisch

The Law Office of Avram E. Frisch LLC

201-289-5352

**From:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Sent:** Monday, October 27, 2025 11:27:49 AM
**To:** Avram Frisch <frischa@avifrischlaw.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Bonoli, Tess <tbonoli@morrisoncohen.com>; Rallis, Nicole P. <nrallis@morrisoncohen.com>
**Subject:** RE: Dumbo v. POC et al - discovery issues for meet and confer

Avi,

Have you confirmed yet how late your client will be available to be deposed on the agreed-to dates of 12/9 and 12/11? Please get back to me today.

Thanks

Fred



**Fred H. Perkins**
Partner & Co-Chair, Technology, Data & IP
**D** 212.735.8647
fhperkins@morrisoncohen.com
vCard | Bio | LinkedIn

Morrison Cohen LLP
909 Third Avenue, 27th Floor, New York, NY 10022-4784
212.735.8600 | morrisoncohen.com

**From:** Perkins, Fred
**Sent:** Friday, October 24, 2025 10:44 AM
**To:** Avram Frisch <frischa@avifrischlaw.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Bonoli, Tess <tbonoli@morrisoncohen.com>; Rallis, Nicole P. <nrallis@morrisoncohen.com>
**Subject:** RE: Dumbo v. POC et al - discovery issues for meet and confer

Any updates on the latest time your client can be deposed on 12/9 and 12/11? I'd like to definitively confirm the schedule for his deposition today if possible. Thanks.



**Fred H. Perkins**
Partner & Co-Chair, Technology, Data & IP
**D** 212.735.8647
fhperkins@morrisoncohen.com
vCard | Bio | LinkedIn

Morrison Cohen LLP
909 Third Avenue, 27th Floor, New York, NY 10022-4784
212.735.8600 | morrisoncohen.com

**From:** Perkins, Fred
**Sent:** Thursday, October 23, 2025 11:45 AM
**To:** Avram Frisch <frischa@avifrischlaw.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Bonoli, Tess <tbonoli@morrisoncohen.com>; Rallis, Nicole P. <nrallis@morrisoncohen.com>
**Subject:** RE: Dumbo v. POC et al - discovery issues for meet and confer

Ok. Please get back to me as soon as you can so we can lock down these dates.



**Fred H. Perkins**
Partner & Co-Chair, Technology, Data & IP
**D** 212.735.8647
fhperkins@morrisoncohen.com
vCard | Bio | LinkedIn

Morrison Cohen LLP
909 Third Avenue, 27th Floor, New York, NY 10022-4784
212.735.8600 | morrisoncohen.com

---

**From:** Avram Frisch <frischa@avifrischlaw.com>
**Sent:** Thursday, October 23, 2025 11:23 AM
**To:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Bonoli, Tess
<tbonoli@morrisoncohen.com>; Rallis, Nicole P. <nrallis@morrisoncohen.com>
**Subject:** Re: Dumbo v. POC et al - discovery issues for meet and confer

| CAUTION: External sender. Verify before continuing. |
| --- |

---

I will confirm with him. I need to find out where his children are.

_____

1485352206100_logo

Avram E. Frisch, Esq.

Frischa@avifrischlaw.com

1 University Plaza, Suite 119 Hackensack, NJ 07601

201-289-5352

Fax: 866-883-9690

**From:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Sent:** Thursday, October 23, 2025 11:16 AM
**To:** Avram Frisch <frischa@avifrischlaw.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Bonoli, Tess
<tbonoli@morrisoncohen.com>; Rallis, Nicole P. <nrallis@morrisoncohen.com>
**Subject:** RE: Dumbo v. POC et al - discovery issues for meet and confer

So, then let's proceed with depositions on 12/9 and 12/11 starting each day at 9:30 a.m.   Your
client can go until at least 2:30 pm?



**Fred H. Perkins**
Partner & Co-Chair, Technology, Data & IP
**D** 212.735.8647
fhperkins@morrisoncohen.com
vCard | Bio | LinkedIn

Morrison Cohen LLP
909 Third Avenue, 27th Floor, New York, NY 10022-4784
212.735.8600 | morrisoncohen.com

---

**From:** Avram Frisch <frischa@avifrischlaw.com>
**Sent:** Thursday, October 23, 2025 11:10 AM
**To:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Bonoli, Tess
<tbonoli@morrisoncohen.com>; Rallis, Nicole P. <nrallis@morrisoncohen.com>
**Subject:** Re: Dumbo v. POC et al - discovery issues for meet and confer

> **CAUTION:** External sender. Verify before continuing.

---

It is virtual, but taking it at your offices would cause me to be stuck with rush hour traffic,
which is a huge waste of time.

_____

1485352206100_logo

Avram E. Frisch, Esq.

Frischa@avifrischlaw.com

1 University Plaza, Suite 119 Hackensack, NJ 07601

201-289-5352

Fax: 866-883-9690

---

**From:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Sent:** Thursday, October 23, 2025 11:07 AM
**To:** Avram Frisch <frischa@avifrischlaw.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Bonoli, Tess
<tbonoli@morrisoncohen.com>; Rallis, Nicole P. <nrallis@morrisoncohen.com>
**Subject:** RE: Dumbo v. POC et al - discovery issues for meet and confer

In my experience, in person depositions are more efficient and productive.  Is your conference
in person or by phone?  If by phone, I can certainly provide you with a private room to speak.
If in person, when would you need to leave?



**Fred H. Perkins**
Partner & Co-Chair, Technology, Data & IP
**D** 212.735.8647
fhperkins@morrisoncohen.com
vCard | Bio | LinkedIn
Morrison Cohen LLP
909 Third Avenue, 27th Floor, New York, NY 10022-4784
212.735.8600 | morrisoncohen.com

---

**From:** Avram Frisch <frischa@avifrischlaw.com>
**Sent:** Thursday, October 23, 2025 11:03 AM
**To:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Bonoli, Tess
<tbonoli@morrisoncohen.com>; Rallis, Nicole P. <nrallis@morrisoncohen.com>
**Subject:** Re: Dumbo v. POC et al - discovery issues for meet and confer

> **CAUTION:** External sender. Verify before continuing.

---

As I said, I have another conference on the 4th, so I will need to end earlier than 2:30 in order
to be in a position to have that conference. What is your hesitancy about a virtual deposition
that day?

_____

| |
|---|
| 1485352206100_logo |
| [?] |

Avram E. Frisch, Esq.

Frischa@avifrischlaw.com

1 University Plaza, Suite 119 Hackensack, NJ 07601

201-289-5352

Fax: 866-883-9690

---

**From:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Sent:** Thursday, October 23, 2025 10:41 AM
**To:** Avram Frisch <frischa@avifrischlaw.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Bonoli, Tess <tbonoli@morrisoncohen.com>; Rallis, Nicole P. <nrallis@morrisoncohen.com>
**Subject:** RE: Dumbo v. POC et al - discovery issues for meet and confer

Avi,

While breaking up a deposition into two days is obviously not ideal, it appears that we have little choice. So, this email confirms that we'll proceed with deposition of Rachmany starting on December 4th at 9:30 to 2:30 and resuming on December 9th at 9:30 am.  The deposition will be conducted in person at my office, 909 Third Ave., 27th Floor (between 54th and 55th streets).  As per my building's security requirements, you will each need a digital building pass to enter the elevators, which my assistant will send to your cell phones.  I will therefore need your and Rachamy's cell numbers.

Proceeding as scheduled above with Rachmany's deposition is contingent on Dumbo producing any additional documents it intends to produce in response to POC Defendants' prior document requests well in advance of the scheduled deposition.  Can you commit to

producing any such additional documents you intend to produce by no later than Nov. 7th, which is more than 2 weeks away?

Please confirm the above schedule.  Thanks.

Regards,

Fred



**Fred H. Perkins**
Partner & Co-Chair, Technology, Data & IP
**D** 212.735.8647
fhperkins@morrisoncohen.com
vCard | Bio | LinkedIn

Morrison Cohen LLP
909 Third Avenue, 27th Floor, New York, NY 10022-4784
212.735.8600 | morrisoncohen.com

**From:** Avram Frisch <frischa@avifrischlaw.com>
**Sent:** Thursday, October 23, 2025 10:08 AM
**To:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Bonoli, Tess <tbonoli@morrisoncohen.com>; Rallis, Nicole P. <nrallis@morrisoncohen.com>
**Subject:** Re: Dumbo v. POC et al - discovery issues for meet and confer

---

**CAUTION:** External sender. Verify before continuing.

---

The deposition dates I can give you. Any of the 3 dates work in the morning, but 12/4 I have a case conference in another matter at 2:30. Mr. Rachmany has to pick up his children daily at 3 pm, so I suggest we start early on whatever date you choose. Obviously, virtual would be a way to make this easier to schedule, but if you insist on in person, please advise on the location.

1485352206100_logo

Avram E. Frisch, Esq.

Frischa@avifrischlaw.com

1 University Plaza, Suite 119 Hackensack, NJ 07601

201-289-5352

Fax: 866-883-9690

---

**From:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Sent:** Thursday, October 23, 2025 10:05 AM
**To:** Avram Frisch <frischa@avifrischlaw.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Bonoli, Tess <tbonoli@morrisoncohen.com>; Rallis, Nicole P. <nrallis@morrisoncohen.com>
**Subject:** RE: Dumbo v. POC et al - discovery issues for meet and confer

Avi,

While I understand you have other matters -- as do Wing and I -- that should not impair your ability to pin down a deposition date in December before the currently scheduled close of discovery. All that's required is a phone call or email. I have other matters I am trying to schedule in December and I can't do so until we finalize at least the date of your client's deposition.

I'm working on responding to your request for financials. Again, where do you stand on the outstanding discovery?

Regards,

Fred



**Fred H. Perkins**
Partner & Co-Chair, Technology, Data & IP
**D** 212.735.8647
fhperkins@morrisoncohen.com
vCard | Bio | LinkedIn

Morrison Cohen LLP
909 Third Avenue, 27th Floor, New York, NY 10022-4784
212.735.8600 | morrisoncohen.com

---

**From:** Avram Frisch <frischa@avifrischlaw.com>

**Sent:** Thursday, October 23, 2025 9:57 AM
**To:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Bonoli, Tess
<tbonoli@morrisoncohen.com>; Rallis, Nicole P. <nrallis@morrisoncohen.com>
**Subject:** Re: Dumbo v. POC et al - discovery issues for meet and confer

> **CAUTION:** External sender. Verify before continuing.

I have an upcoming arbitration for Dumbo so need a little more time. How is your production of
financials coming along?

_____

1485352206100_logo

Avram E. Frisch, Esq.

Frischa@avifrischlaw.com

1 University Plaza, Suite 119 Hackensack, NJ 07601

201-289-5352

Fax: 866-883-9690

---

**From:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Sent:** Thursday, October 23, 2025 9:53 AM
**To:** Avram Frisch <frischa@avifrischlaw.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Bonoli, Tess
<tbonoli@morrisoncohen.com>; Rallis, Nicole P. <nrallis@morrisoncohen.com>
**Subject:** RE: Dumbo v. POC et al - discovery issues for meet and confer

Avi,

Where do we stand on setting a firm date for the Rachmany deposition?  Do any of the alternative December dates work?  Any updates regarding the timing and nature of any additional documents you intend to produce?  If you intend to supplement your production as you indicated, we obviously want those documents well in advance of any scheduled deposition.

Regards.

Fred



**Fred H. Perkins**
Partner & Co-Chair, Technology, Data & IP
**D** 212.735.8647
fhperkins@morrisoncohen.com
vCard | Bio | LinkedIn

Morrison Cohen LLP
909 Third Avenue, 27th Floor, New York, NY 10022-4784
212.735.8600 | morrisoncohen.com

---

**From:** Perkins, Fred
**Sent:** Tuesday, October 21, 2025 12:23 PM
**To:** 'Avram Frisch' <frischa@avifrischlaw.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Bonoli, Tess <tbonoli@morrisoncohen.com>; Rallis, Nicole P. <nrallis@morrisoncohen.com>
**Subject:** RE: Dumbo v. POC et al - discovery issues for meet and confer

Avi,

How's 12/4, 12/9 or 12/11 for Rachmany deposition?

Please get back to me as soon as you can as I'm juggling lots of dates in November and December on other matters.

Thanks.

Fred



**Fred H. Perkins**
Partner & Co-Chair, Technology, Data & IP
**D** 212.735.8647
fhperkins@morrisoncohen.com
vCard | Bio | LinkedIn

Morrison Cohen LLP

909 Third Avenue, 27th Floor, New York, NY 10022-4784
212.735.8600 | morrisoncohen.com

**From:** Avram Frisch <frischa@avifrischlaw.com>
**Sent:** Monday, October 20, 2025 7:34 PM
**To:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Bonoli, Tess
<tbonoli@morrisoncohen.com>; Rallis, Nicole P. <nrallis@morrisoncohen.com>
**Subject:** RE: Dumbo v. POC et al - discovery issues for meet and confer

---

**CAUTION:** External sender. Verify before continuing.

---

I cannot do the 13th, I have a hearing that day. I have not been able to have the detailed call
with my client yet due to other pressing matters.

---

Avram E. Frisch, Esq.
Frischa@avifrischlaw.com
1 University Plaza, Suite 119 Hackensack, NJ 07601
201-289-5352
Fax: 866-883-9690

---

**From:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Sent:** Monday, October 20, 2025 5:54 PM
**To:** Avram Frisch <frischa@avifrischlaw.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Bonoli, Tess
<tbonoli@morrisoncohen.com>; Rallis, Nicole P. <nrallis@morrisoncohen.com>
**Subject:** RE: Dumbo v. POC et al - discovery issues for meet and confer

Avi,

Any updates regarding the timing and nature of any additional documents you intend to
produce and your client's availability for deposition?

Regards.

Fred



**Fred H. Perkins**
Partner & Co-Chair, Technology, Data & IP
**D** 212.735.8647
fhperkins@morrisoncohen.com
vCard  |  Bio  |  LinkedIn
Morrison Cohen LLP
909 Third Avenue, 27th Floor, New York, NY 10022-4784
212.735.8600  |  morrisoncohen.com

---

**From:** Perkins, Fred
**Sent:** Friday, October 17, 2025 4:27 PM
**To:** 'Avram Frisch' <frischa@avifrischlaw.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Bonoli, Tess
<tbonoli@morrisoncohen.com>; Rallis, Nicole P. <nrallis@morrisoncohen.com>
**Subject:** RE: Dumbo v. POC et al - discovery issues for meet and confer

Avi,

While I will likely follow up next week with a more substantive response regarding various
issues we discussed today, I do want to confirm two time-sensitive issues:

1. You agreed to speak with Lior Rachmany about whether he's available to be deposed on
   11/13 as noticed and if not to propose dates when he is available and to get back to me
   about this early next week.
2. You also agreed to get back to me early next week about whether, what and when you
   would be producing any additional documents responsive to POC Defendants' first
   request for documents.

Thanks.

Regards,

Fred



**Fred H. Perkins**
Partner & Co-Chair, Technology, Data & IP
**D** 212.735.8647
fhperkins@morrisoncohen.com
vCard  |  Bio  |  LinkedIn
Morrison Cohen LLP
909 Third Avenue, 27th Floor, New York, NY 10022-4784
212.735.8600  |  morrisoncohen.com

**From:** Avram Frisch <frischa@avifrischlaw.com>
**Sent:** Thursday, October 16, 2025 10:09 AM
**To:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Bonoli, Tess <tbonoli@morrisoncohen.com>; Rallis, Nicole P. <nrallis@morrisoncohen.com>
**Subject:** Re: Dumbo v. POC et al - discovery issues for meet and confer

> **CAUTION:** External sender. Verify before continuing.

I have a conference at 12, but the rest of the day is free.

_____

1485352206100_logo


Avram E. Frisch, Esq.

Frischa@avifrischlaw.com

1 University Plaza, Suite 119 Hackensack, NJ 07601

201-289-5352

Fax: 866-883-9690

_____

**From:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Sent:** Thursday, October 16, 2025 10:05 AM
**To:** Avram Frisch <frischa@avifrischlaw.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Bonoli, Tess <tbonoli@morrisoncohen.com>; Rallis, Nicole P. <nrallis@morrisoncohen.com>
**Subject:** Re: Dumbo v. POC et al - discovery issues for meet and confer

Given our agenda (see below) we certainly won't be done in 30 minutes. Do you have any times  tomorrow that work for at least an hour?



**Fred H. Perkins**
Partner & Co-Chair, Technology, Data & IP
**D** 212.735.8647
fhperkins@morrisoncohen.com
vCard | Bio | LinkedIn

Morrison Cohen LLP
909 Third Avenue, 27th Floor, New York, NY 10022-4784
212.735.8600 | morrisoncohen.com

---

**From:** Avram Frisch <frischa@avifrischlaw.com>
**Sent:** Thursday, October 16, 2025 9:59:20 AM
**To:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Bonoli, Tess <tbonoli@morrisoncohen.com>; Rallis, Nicole P. <nrallis@morrisoncohen.com>
**Subject:** Re: Dumbo v. POC et al - discovery issues for meet and confer

> **CAUTION:** External sender. Verify before continuing.

---

I got a last second phone conference with a judge at 11:30 this morning. I think we can definitely begin our conversation at 11, but will not have a full hour. If you want to reschedule, then that is fine.

Avi

_____

1485352206100_logo

Avram E. Frisch, Esq.

Frischa@avifrischlaw.com

1 University Plaza, Suite 119 Hackensack, NJ 07601

201-289-5352

Fax: 866-883-9690

**From:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Sent:** Wednesday, October 15, 2025 8:37 PM
**To:** Avram Frisch <frischa@avifrischlaw.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Bonoli, Tess
<tbonoli@morrisoncohen.com>; Rallis, Nicole P. <nrallis@morrisoncohen.com>
**Subject:** Re: Dumbo v. POC et al - discovery issues for meet and confer

ok. Talk then



**Fred H. Perkins**
Partner & Co-Chair, Technology, Data & IP
**D** 212.735.8647
fhperkins@morrisoncohen.com
vCard  |  Bio  |  LinkedIn

Morrison Cohen LLP
909 Third Avenue, 27th Floor, New York, NY 10022-4784
212.735.8600  |  morrisoncohen.com

**From:** Avram Frisch <frischa@avifrischlaw.com>
**Sent:** Wednesday, October 15, 2025 8:25:37 PM
**To:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Bonoli, Tess
<tbonoli@morrisoncohen.com>; Rallis, Nicole P. <nrallis@morrisoncohen.com>
**Subject:** Re: Dumbo v. POC et al - discovery issues for meet and confer

> **CAUTION:** External sender. Verify before continuing.

Yes we will make it  work

Avi Frisch

The Law Office of Avram E. Frisch LLC

201-289-5352

**From:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Sent:** Wednesday, October 15, 2025 8:24:57 PM

**To:** Avram Frisch <frischa@avifrischlaw.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Bonoli, Tess
<tbonoli@morrisoncohen.com>; Rallis, Nicole P. <nrallis@morrisoncohen.com>
**Subject:** Re: Dumbo v. POC et al - discovery issues for meet and confer

11 am tomorrow works for me and I believe that is also good for Wing. If that's good for
you I'll send a link in the morning.



**Fred H. Perkins**
Partner & Co-Chair, Technology, Data & IP
**D** 212.735.8647
fhperkins@morrisoncohen.com
vCard | Bio | LinkedIn
Morrison Cohen LLP
909 Third Avenue, 27th Floor, New York, NY 10022-4784
212.735.8600 | morrisoncohen.com

**From:** Avram Frisch <frischa@avifrischlaw.com>
**Sent:** Wednesday, October 15, 2025 7:26:01 PM
**To:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Bonoli, Tess
<tbonoli@morrisoncohen.com>; Rallis, Nicole P. <nrallis@morrisoncohen.com>
**Subject:** Re: Dumbo v. POC et al - discovery issues for meet and confer

| **CAUTION:** External sender. Verify before continuing. |
| --- |

I have a client meeting at 12 and then a filing deadline in that matter. Could we make
time in the morning?

Avi Frisch
The Law Office of Avram E. Frisch LLC
201-289-5352

**From:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Sent:** Tuesday, October 14, 2025 8:46:47 PM
**To:** Avram Frisch <frischa@avifrischlaw.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Bonoli, Tess
<tbonoli@morrisoncohen.com>; Rallis, Nicole P. <nrallis@morrisoncohen.com>
**Subject:** RE: Dumbo v. POC et al - discovery issues for meet and confer

Avi,

I hope you enjoyed the holidays.  Wing and I are available to have a meet and confer on Thursday (10/16) between 2 and 5.  I have another call starting at 5pm.  We should set aside an hour to make sure we have time to cover all the issues.  Please advise if we can start at 2 or 3pm.

Thanks.

Regards,

Fred



**Fred H. Perkins**
Partner & Co-Chair, Technology, Data & IP
**D** 212.735.8647
fhperkins@morrisoncohen.com
vCard | Bio | LinkedIn
Morrison Cohen LLP
909 Third Avenue, 27th Floor, New York, NY 10022-4784
212.735.8600 | morrisoncohen.com

**From:** Avram Frisch <frischa@avifrischlaw.com>
**Sent:** Monday, October 13, 2025 4:18 PM
**To:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Cc:** Wing K. Chiu <wkc@lawmlg.com> <wkc@lawmlg.com>; Bonoli, Tess <tbonoli@morrisoncohen.com>; Rallis, Nicole P. <nrallis@morrisoncohen.com>
**Subject:** Re: Dumbo v. POC et al - discovery issues for meet and confer

**CAUTION:** External sender. Verify before continuing.

I can make time on 10/16. 10/15 is still a holiday.

Avi

_____

1485352206100_logo

Avram E. Frisch, Esq.

Frischa@avifrischlaw.com

1 University Plaza, Suite 119 Hackensack, NJ 07601

201-289-5352

Fax: 866-883-9690

---

**From:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Sent:** Monday, October 6, 2025 5:59 PM
**To:** Avram Frisch <frischa@avifrischlaw.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Bonoli, Tess
<tbonoli@morrisoncohen.com>; Rallis, Nicole P. <nrallis@morrisoncohen.com>
**Subject:** RE: Dumbo v. POC et al - discovery issues for meet and confer

Avi,

Understand.  I'll be traveling this Thursday through next Monday.  How is 10/15 between 2 to
5 for a meet and confer call, assuming you're available on 10/14 due to the Jewish holidays?

Regards,

Fred



**Fred H. Perkins**
Partner & Co-Chair, Technology, Data & IP
**D** 212.735.8647
fhperkins@morrisoncohen.com
vCard  |  Bio  |  LinkedIn

Morrison Cohen LLP
909 Third Avenue, 27th Floor, New York, NY 10022-4784
212.735.8600  |  morrisoncohen.com

---

**From:** Avram Frisch <frischa@avifrischlaw.com>
**Sent:** Monday, October 6, 2025 5:52 PM
**To:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Bonoli, Tess
<tbonoli@morrisoncohen.com>; Rallis, Nicole P. <nrallis@morrisoncohen.com>
**Subject:** Re: Dumbo v. POC et al - discovery issues for meet and confer

**CAUTION:** External sender. Verify before continuing.

I will be out for Sukkot. Sorry it has been hard to find a time.

Avi Frisch

The Law Office of Avram E. Frisch LLC

201-289-5352

**From:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Sent:** Monday, October 6, 2025 5:51:25 PM
**To:** Avram Frisch <frischa@avifrischlaw.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Bonoli, Tess
<tbonoli@morrisoncohen.com>; Rallis, Nicole P. <nrallis@morrisoncohen.com>
**Subject:** RE: Dumbo v. POC et al - discovery issues for meet and confer

Avi,

Despite my prior emails to you and my most recent email to you on Friday, October 3rd at 1:04
pm (attached) proposing a meet and confer call today or tomorrow to discuss the various
outstanding discovery issues, I have not heard back from you regarding your availability for
such a meet and confer.  I am still available at certain times tomorrow to speak, namely
between 3:30 to 6 pm.

As previously indicated below and in related emails, the current issues to discuss include the
following:

1. Dumbo's document production -- You have still yet to respond substantively to my prior
   emails regarding your deficient document production, on which I previously emailed
   you on at least 8/12/25, 8/17/25, 9/9/25 and 9/29/25. I again note in your 9/11 email to
   me you said you were "going to work through these [requests] with my client," but I
   have yet to receive any updates as to if and when you are going to produce documents
   responsive to the requests I itemized.

2. Dumbo's responses to POC Defs' third set of interrogatories – as previously noted,
   Dumbo's time to respond to POC Defs' third set of interrogatories has come and gone
   but I have yet to receive any written responses.  Do you intend to serve any responses
   to these interrogatories?

3. Dumbo's response to POC Defs' fourth set of interrogatories – as I explained in my
   10/3/25 (1:04 pm) email, these interrogatories are compliant with SDNY local rules.  We
   therefore expect timely responses to them when due, barring any agreed-to extension.

If you still have any concerns, I would be happy to discuss them.

4. Dumbo's responses to POC Defs' RFA – we need to discuss several of your responses that we believe are deficient and not in accordance with FRCP.

5. Dumbo's operational software with live data – we have received the video you sent from your client of the "walkthrough."  I'll notify you when my experts would like access to the software directly.

6. POC Defs' response to Dumbo's second request for documents – you indicated that you wish to discuss this.

Please advise if you're available tomorrow anytime between 3:30 to 6 pm.

Regards,

Fred



**Fred H. Perkins**
Partner & Co-Chair, Technology, Data & IP
**D** 212.735.8647
fhperkins@morrisoncohen.com
vCard  |  Bio  |  LinkedIn

Morrison Cohen LLP
909 Third Avenue, 27th Floor, New York, NY 10022-4784
212.735.8600  |  morrisoncohen.com

---

**From:** Perkins, Fred
**Sent:** Wednesday, October 1, 2025 10:26 AM
**To:** 'Avram Frisch' <frischa@avifrischlaw.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Bonoli, Tess <tbonoli@morrisoncohen.com>; Rallis, Nicole P. <nrallis@morrisoncohen.com>
**Subject:** RE: Dumbo v. POC et al - discovery issues

Avi,

I look forward to hearing from you regarding these outstanding discovery issues on Friday.  In addition to the items already identified, I would also like to discuss Dumbo's responses and objections to our Request for Admission.

Regards,

Fred



**Fred H. Perkins**
Partner & Co-Chair, Technology, Data & IP
**D** 212.735.8647
fhperkins@morrisoncohen.com
vCard | Bio | LinkedIn

Morrison Cohen LLP
909 Third Avenue, 27th Floor, New York, NY 10022-4784
212.735.8600 | morrisoncohen.com

---

**From:** Avram Frisch <frischa@avifrischlaw.com>
**Sent:** Wednesday, October 1, 2025 10:01 AM
**To:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Bonoli, Tess <tbonoli@morrisoncohen.com>; Rallis, Nicole P. <nrallis@morrisoncohen.com>
**Subject:** Re: Dumbo v. POC et al - discovery issues

**CAUTION:** External sender. Verify before continuing.

---

Yes, we also have to discuss your responses to my second set of demands. I am waiting for my client on these items, and will be in touch Friday after Yom Kippur.

Avi

1485352206100_logo

Avram E. Frisch, Esq.
Frischa@avifrischlaw.com
1 University Plaza, Suite 119 Hackensack, NJ 07601
201-289-5352
Fax: 866-883-9690

---

**From:** Perkins, Fred <fhperkins@morrisoncohen.com>
**Sent:** Monday, September 29, 2025 6:16 PM
**To:** Avram Frisch <frischa@avifrischlaw.com>
**Cc:** Wing K. Chiu (wkc@lawmlg.com) <wkc@lawmlg.com>; Bonoli, Tess <tbonoli@morrisoncohen.com>; Rallis, Nicole P. <nrallis@morrisoncohen.com>

**Subject:** Dumbo v. POC et al - discovery issues

Avi,

There are several outstanding discovery issues which are impeding our ability to schedule depositions:

1. You have still yet to respond substantively to my emails regarding your deficient document production, on which I previously emailed you on at least 8/12/25, 8/17/25 and 9/9/25.  See attached email. I note in your 9/11 email to me you said you were "going to work through these [requests] with my client," but I have yet to receive any updates as to if and when you are going to produce documents responsive to the requests I itemized.

2. Dumbo's time to respond to POC Defs' third set of interrogatories has now come and gone but I have yet to receive any written responses.  While Dumbo has now waived its time to object, I still expect to receive substantive responses.  When you do you intend to serve such responses? See attached email serving the interrogatories.

3. We are still waiting for the proposed dates for your client's proposed walk-through of its fully operational software as discussed with the court and requested on Sept. 19th. Please provide several proposed dates as soon as possible.

Regards,

Fred



**Fred H. Perkins**
Partner & Co-Chair, Technology, Data & IP
**D** 212.735.8647
fhperkins@morrisoncohen.com
vCard  |  Bio  |  LinkedIn

Morrison Cohen LLP
909 Third Avenue, 27th Floor, New York, NY 10022-4784
212.735.8600  |  morrisoncohen.com

---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

---

This email has been scanned for email related threats and delivered safely by Mimecast.