**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

Dumbo Moving & Storage Inc.
Plaintiff(s),

vs.

Piece of Cake Moving & Storage LLC, et al
Defendant(s).

ATTORNEY: MORRISON COHEN LLP

CIVIL ACTION NUMBER: 22-CV-05138

DATE OF FILING:

COURT DATE: 04/01/2026

## AFFIRMATION OF SERVICE

I, Robert DeLacy Jr., affirms and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of Delaware.

That on **03/18/2026** at **11:18 AM** at **c/o A Registered Agent, Inc., 8 The Green, Ste A, Dover, DE 19901,**
Deponent served the **Subpoena to Testify at a Deposition in a Civil Action** upon **HebronSoft LLC** Witness herein.

Said service was effected in the following manner;

By delivering to and leaving a true copy with **Charlotte Banice** at the same time paying (or tendering) in advance **$40.00**, the authorized traveling expenses and one day's witness fee: Recipient is a person who is known to be the Registered Agent of said business, and who is authorized by said business to receive said documents.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows: Sex: **Female** Skin: **Black** Hair: **Black** Age (Approx): **45-50** Height(Approx): **5'7"** Weight(Approx): **180-190 lbs** Glasses: **No** Other:

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

I affirm on 03/19/2026 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____
Robert DeLacy Jr.