April 27, 2026

**VIA ECF**
Hon. Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re:    Dumbo Moving & Storage, Inc. v. Piece of Cake Moving & Storage LLC et al.,
              Case No. 22-CV-05138 (ER) -- Joint Request to Amend Discovery Schedule

Dear Judge Ramos:

This undersigned counsel represent all parties in the above-referenced matter. The parties have completed non-expert depositions and all fact discovery pursuant to the Court's April 1, 2026 deadline (the "Fact Discovery Deadline"), except certain discovery from Plaintiff requested prior to the Fact Discovery Deadline (the "4/1/26 Discovery Request"), which discovery the parties agreed shall be provided by no later than May 4, 2026. The outstanding discovery from Plaintiff is relevant to Defendants' expert report currently due May 7, 2026. As such, the parties jointly request a short extension of all remaining discovery schedule deadlines as indicated below. This is the fifth request to modify the discovery schedule (all of which have been granted) and is sought to enable the parties sufficient time to provide the outstanding discovery and complete the parties' initial expert reports.

Based on the foregoing, all parties in this case consent to and respectfully request that the expert disclosure schedule shall be amended as follows:

| Task | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiff's production in response to the 4/1/26 Discovery Request | --- | May 4, 2026 |
| Expert Reports | May 7, 2026 | June 5, 2026 |
| Rebuttal Reports | July 7, 2026 | August 7, 2026 |
| Last to complete Expert Depositions | August 7, 2026 | September 2, 2026 |
| All Discovery Completed | August 7, 2026 | September 2, 2026 |
| Case Management Conference | T/B/D after August 7, 2026 | T/B/D after September 2, 2026 |

#14516248v2\028447\0003

Judge Edgardo Ramos
April 27, 2026
Page 2

We thank the Court for its consideration and respectfully request that the Court grant the parties the relief jointly requested herein.


Respectfully Submitted,


_/s/ Avram E. Frisch_____
Avram E. Frisch
THE LAW OFFICE OF AVRAM E. FRISCH LLC
Attorneys for Plaintiff Dumbo Moving & Storage, Inc


__/s/ Fred H. Perkins_____
Fred H. Perkins
MORRISON COHEN LLP
Attorneys for Defendants, Piece of Cake Moving & Storage LLC, Simply Moving LLC, Simply Moving & Storage LLC, Vojin Popovic, and Stefan Marcali


__/s/ Wing Chiu_____
Oleg A. Mestechkin
Wing K. Chiu
MESTECHKIN LAW GROUP P.C.
Attorneys for Defendant Volodymyr Plokhykh