**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DUMBO MOVING & STORAGE, INC.,

Plaintiff,

v.

PIECE OF CAKE MOVING & STORAGE LLC,
SIMPLY MOVING LLC, SIMPLY MOVING &
STORAGE LLC, VOJIN POPOVIC, STEFAN
MARCALI and VOLODYMYR PLOKHYKH,

Defendants.

Case No. 22-CV-05138 (ER)

## STIPULATED PROPOSED REVISED DISCOVERY SCHEDULE AND ORDER

WHEREAS the parties have completed non-expert depositions and all fact discovery (except as noted below) by the Court's April 1, 2026 deadline (the "Fact Discovery Deadline");

WHEREAS the parties completed the Fed. R. Civ. P. 30(b)(6) deposition on Plaintiff on March 30, 2026 and March 31, 2026 ("Dumbo 30(b)(6)");

WHEREAS on April 1, 2026, Defendants sent Plaintiff a letter, pursuant to Fed. R. Civ. P. 33 and 34 and Local Rule 26.3, requesting various documents and information previously requested in prior discovery requests and/or at the Dumbo 30(b)(6) deposition (the "4/1/26 Discovery Request");

WHEREAS Plaintiff has agreed to produce all documents and information responsive to the 4/1/26 Discovery Request to the Defendants by no later than May 4, 2026;

WHEREAS such outstanding discovery is relevant to Defendants' expert report currently due May 7, 2026; and

WHEREAS the parties therefore require more time to complete their expert reports and conduct expert discovery.

IT IS HEREBY STIPULATED AND AGREED by and between counsel for all parties that the expert disclosure schedule shall be amended as follows:

1

| Task | Current Deadline | Proposed Deadline |
|------|-----------------|-------------------|
| Plaintiff's production in response to the 4/1/26 Discovery Request | --- | May 4, 2026 |
| Expert Reports | May 7, 2026 | June 5, 2026 |
| Rebuttal Reports | July 7, 2026 | August 7, 2026 |
| Last to complete Expert Depositions | August 7, 2026 | September 2, 2026 |
| All Discovery Completed | August 7, 2026 | September 2, 2026 |
| Case Management Conference | T/B/D after August 7, 2026 | T/B/D after September 2, 2026 |

DATED: April 27, 2026

Attorneys for Plaintiff Dumbo Moving & Storage, Inc.
By: _/s/ Avram E. Frisch_____
Avram E. Frisch
THE LAW OFFICE OF AVRAM E. FRISCH LLC
One University Plaza Suite 119
Hackensack, New Jersey 07601
201-289-5352
Frischa@avifrischlaw.com

Attorneys for Defendants, Piece of Cake Moving & Storage LLC, Simply Moving LLC, Simply Moving & Storage LLC, Vojin Popovic, and Stefan Marcali

By: _/s/ Fred H. Perkins
Fred H. Perkins
MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022
212-735-8600
fhperkins@morrisoncohen.com

Attorneys for Defendant Volodymyr Plokhykh
By:_____/s/ Wing Chiu___
Oleg A. Mestechkin
Wing K. Chiu
MESTECHKIN LAW GROUP P.C.
1733 Sheepshead Bay Road, Suite 29
Brooklyn, NY 11235
Tel. (212) 256-1113
Fax. (646) 365-2069
om@lawmlg.com
wkc@lawmlg.com

IT IS SO ORDERED.

DATED: _____

_____
Hon. Edgardo Ramos
United States District Judge

#14516247v2\028447\0003