THE LAW OFFICE OF
AVRAM E. FRISCH LLC

New Jersey Office
1 University Plaza
Suite 119
Hackensack, NJ 07601

New York Office
150 Broadway
Suite 900
New York, NY 10038

Avram E. Frisch Esq. – Admitted in NY and NJ. Mail to NJ address.

September 1, 2026

Hon. Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**<u>Via ECF</u>**

Re: **Dumbo Moving & Storage, Inc. v. Piece of Cake Moving & Storage LLC, et al.**
**Civil Action No. 1:22-cv-05138-ER**
**Letter motion to adjourn the September 24, 2026 conference**

Dear Judge Ramos:

This firm represents Plaintiff Dumbo Moving & Storage, Inc. in the above-referenced action. I write respectfully to request an adjournment of the conference presently scheduled for September 24, 2026 at 11:00 a.m. The basis for the request is an unavoidable scheduling conflict. I am trial counsel in a matter pending in the Superior Court of New Jersey, Chancery Division, Union County. That matter is scheduled for trial commencing September 15, 16, 23 and 24. I am accordingly unable to appear before Your Honor on that date. Upon scheduling of the trial, I made the other court aware of conflicting appearances, but the judge in the matter was unwilling to accommodate.

I have conferred with counsel for Defendants, who consent to this request. Counsel for all parties have confirmed their availability on September 28, September 29, and September 30, 2026. We respectfully request that the conference be adjourned to one of those dates, or to such other date as is convenient for the Court.

We thank the Court for its consideration of this request.

Respectfully submitted,

Avram E. Frisch

Avram E. Frisch

cc: All counsel of record (via ECF)

201.289.5352 · 866.883.9690 · frischa@avifrischlaw.com · www.avifrischlaw.com