THE LAW OFFICE OF
AVRAM E. FRISCH LLC

New Jersey Office
1 University Plaza
Suite 119
Hackensack, NJ 07601

New York Office
150 Broadway
Suite 900
New York, NY 10038

Avram E. Frisch Esq. – Admitted in NY and NJ. Mail to NJ address.

September 18, 2026

Edgardo Ramos, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square NY, Courtroom 619
New York, NY, 10007

**Via Electronic Filing**

Re: Dumbo Moving v. Piece of Cake Moving et al. 1:22-cv-05138-ER

Dear Judge Ramos:

This firm represents Dumbo Moving & Storage, Inc., plaintiff in the above entitled action. I write to request a brief extension of plaintiff's time to respond to Defendants' letter requesting a pre-motion conference, which was filed on September 17, 2026 (D.E. 204).

Under Rule 2.A of Your Honor's Individual Practices, an opposing party's response is due within three business days of service of the moving party's letter. Plaintiff's response is therefore due Tuesday, September 22, 2026. Plaintiff respectfully requests an extension to and including **Friday, September 25, 2026**.

The reason for the request is that Monday, September 21, 2026 is Yom Kippur, the Day of Atonement, the most solemn of the Jewish High Holy Days. The undersigned observes the holiday, which begins at sundown on Sunday, September 20 and continues until nightfall on Monday, September 21. During that period I am unable to work on or file any document. The three-business-day period therefore affords plaintiff, in practical terms, only today and a portion of Tuesday.

The requested extension is also warranted by the scope of Defendants' letter. Defendants seek leave to file three separate motions — for summary judgment on all remaining claims, to exclude plaintiff's expert, and for a referral to the Register of Copyrights — and they raise six independent grounds. Plaintiff intends to respond substantively and to advise the Court of the cross-motions it expects to file. A short extension will permit a more useful submission and should not delay the Court's consideration of the parties' requests.

I thank the Court for its consideration of this request.

Very truly yours,

Avram E. Frisch

Avram E. Frisch

201.289.5352 · 866.883.9690 · frischa@avifrischlaw.com · www.avifrischlaw.com