UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
DUMBO MOVING & STORAGE, INC.,

Plaintiff,

- against -

PIECE OF CAKE MOVING & STORAGE LLC, *et al.*,

Defendants.
--------------------------------------------------------X

**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

22-cv-5138 (ER) (SN)

The above-entitled action is referred to the Honorable Sarah Netburn, United States Magistrate Judge for the following purpose:

____ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement)

____ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial)

____ DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation)

____ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute)

______________________________

______________________________

____ JURY SELECTION

____ HABEAS CORPUS

____ INQUEST AFTER DEFAULT / DAMAGES HEARING

____ SOCIAL SECURITY

X SETTLEMENT

____ CONSENT UNDER 28 U.S.C. 636(C) FOR ALL PURPOSES (including trial)

____ CONSENT UNDER 28 U.S.C. 636(C) FOR LIMITED PURPOSE OF

______________________________

______________________________

Dated: October 7, 2026
New York, New York

SO ORDERED:

EDGARDO RAMOS, U.S.D.J.