USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/12/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**---------------------------------------------------------------X**

**DUMBO MOVING & STORAGE, INC.,**

**Plaintiff,**

**-against-**

**PIECE OF CAKE MOVING & STORAGE LLC, et al.,**

**Defendants.**

**---------------------------------------------------------------X**

**22-CV-05138 (ER)(SN)**

**SETTLEMENT CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The settlement conference scheduled for Tuesday, November 24, 2026, is RESCHEDULED for Monday, December 28, 2026, at 10:00 a.m. and will be held remotely. The Court will provide dial-in information in advance of the conference.

The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by email to Netburn_NYSDChambers@nysd.uscourts.gov, by Monday, December 21, 2026. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: November 12, 2026
New York, New York